**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western** District of **Washington**
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Wireless Advocates, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

EIN __ __ - __ __ __ __ __ __ __

**5. Debtor's address**

Principal place of business

400 Fairview Ave N
Number   Street

Seattle          WA   98109
City            State  ZIP Code

King
County

Mailing address, if different

Number   Street

P.O. Box

City            State  ZIP Code

Location of principal assets, if different from principal place of business

Number   Street

City            State  ZIP Code

---

Official Form 205   Involuntary Petition Against a Non-Individual   page 1

Case 23-10117-TWD    Doc 1    Filed 01/23/23    Ent. 01/23/23 14:32:14    Pg. 1 of 4

Debtor  **Wireless Advocates, LLC**  Case number (if known) _____
        Name

| 6. Debtor's website (URL) | www.wirelessadvocates.com |

| 7. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other type of debtor. Specify: _____ |

| 8. Type of debtor's business | *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the types of business listed. |
| | ☐ Unknown type of business. |

| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☑ No |
| | ☐ Yes. Debtor _____ Relationship _____ |
| | District _____ Date filed _____ Case number, if known _____ |
| |                                   MM / DD / YYYY |
| | Debtor _____ Relationship _____ |
| | District _____ Date filed _____ Case number, if known _____ |
| |                                   MM / DD / YYYY |

## Part 3: Report About the Case

| 10. Venue | *Check one:* |
| | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | *At least one box must be checked:* |
| | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | ☑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☑ No |
| | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

| Debtor | Wireless Advocates, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | See attached list | Judgments | $See attached |
| | _____ | _____ | $_____ |
| | _____ | _____ | $_____ |
| | | Total of petitioners' claims | $ 613,222.10 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

See attached list
Name

c/o Wynne Law Firm
Number   Street

_____   _____   _____
City           State         ZIP Code

Name and mailing address of petitioner's representative, if any

Wynne Law Firm
Name

80 E. Sir Francis Drake Blvd Suite 3 G
Number   Street

Larkspur    CA    94939
City        State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/23/2023
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Danial D. Pharris    Paul J. Spadafora
Printed name

Lasher Holzapfel Sperry & Ebberson PLLC
Firm name, if any

601 Union St. Ste. 2600
Number   Street

Seattle                WA       98101
City                   State    ZIP Code

Contact phone 206-624-1230  Email pharris@lasher.com
                                  spadafora@lasher.com

Bar number  13617 & 49777

State  Washington

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Name of petitioners and amount of claims:

| Name | Amount |
|---|---|
| 1. Helbert Andryans | $ 7,468.20 |
| 2. Theresa Azevedo | $ 8,084.62 |
| 3. Rodolfo Bobadilla | $ 7,811.97 |
| 4. Christian Brito | $ 2,133.77 |
| 5. Donald Caballero | $ 14,023.62 |
| 6. Janet Carrillo | $ 7,349.66 |
| 7. Thomas Carroll | $ 4,635.03 |
| 8. Dallas Clark | $ 10,206.54 |
| 9. Julia Collazo | $ 10,230.60 |
| 10. Louis Corvi | $ 18,706.06 |
| 11. Francisco Delgadillo | $ 9,436.01 |
| 12. Ebany Diaz | $ 3,674.83 |
| 13. Kaylica Dillon | $ 9,447.87 |
| 14. Jasmine Donaldson | $ 1,872.98 |
| 15. William Faulkner | $ 1,055.03 |
| 16. Christian Fierro | $ 10,763.69 |
| 17. Anthony Gallegos | $ 11,818.72 |
| 18. Frankie Garcia | $ 15,944.01 |
| 19. Johanna Garcia | $ 13,442.76 |
| 20. Isabel Gonzalez | $ 1,363.24 |
| 21. Michelle Gutman | $ 5,227.74 |
| 22. Matthew Henson | $ 11,913.56 |
| 23. Devin Hiserman | $ 9,732.37 |
| 24. Manuela Iniguez | $ 13,561.30 |
| 25. Kendra Kop | $ 4,350.52 |
| 26. Chukwuenmaka Mbelu | $ 17,046.46 |
| 27. Justin Miles | $ 2,738.34 |
| 28. Crysta Miranda | $ 7,029.59 |
| 29. Megan Murphy | $ 4,943.24 |
| 30. Nam Ngo | $ 4,694.30 |
| 31. William Peterson | $ 18,706.06 |
| 32. Rich Prescott | $ 15,256.47 |
| 33. Eric Revuelta-Vela | $ 13,561.30 |
| 34. Abdiel Robledo-Lopez | $ 1,718.87 |
| 35. Christopher Serrano | $ 2,359.00 |
| 36. Robert Sharpnack | $ 10,147.27 |
| 37. Gabriel Sinohue | $ 10,668.86 |
| 38. Luis Torres | $ 9,400.45 |
| 39. Terrance Toste | $ 7,800.12 |
| 40. Michelle Williams | $ 3,105.82 |
| 41. Alan Yoneda | $ 9,601.97 |

| | |
|---|---|
| 42. Andrew Zinkan | $ 10,585.90 |
| TOTAL: | $363,618.72 |

43. Wynne Law Firm	$249,603.38

**New Total:**	$613,222.10