The Honorable Timothy W. Dore
Chapter 7
Hearing Location: Seattle CR 8106
Hearing: 1/27/23 at 2:00 p.m.
Response Date: 1/27/23 at 11:00 a.m.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC,

Debtor.

Case No. 23-10117-TWD

**NOTICE OF HEARING ON RECEIVER STAPLETON GROUP'S MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543**

PLEASE TAKE NOTICE THAT Receiver Stapleton Group's Motion for Relief from Turnover under 11 U.S.C. § 543 (the "Motion") is SET FOR HEARING AS FOLLOWS:

**JUDGE**: Timothy W. Dore   **DATE**: January 27, 2023

**PLACE**: Courtroom 8106   **TIME**: 2:00 p.m.
Seattle Federal Courthouse
700 Stewart Street, 8th Floor
Seattle, WA 98102

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and serve your response, NOT LATER THAN THE RESPONSE DATE, which is **January 27, 2023 at 11:00 a.m.** If you file a response, you are also required to appear at the hearing.

**If no response is timely filed and served the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing.**

NOTICE OF HEARING ON RECEIVER STAPLETON GROUP'S
MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543- 1

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055

The grounds for the Motion is "cause" under 11 U.S.C. § 543.

Dated: January 26, 2023

SNELL & WILMER L.L.P.

By: *s/Bradley R. Duncan*
    Bradley R. Duncan, WSBA No. 36436
    Josh A. Rataezyk, WSBA No. 33046
    Amit D. Ranade, WSBA No. 34878
    506 Second Avenue, Suite 1400
    Seattle, WA 98104
    (425) 748-5055
    Email: bduncan@swlaw.com;
    jrataezyk@swlaw.com;
    aranade@swlaw.com

*Attorneys for The Stapleton Group*

4856-1509-6141

NOTICE OF HEARING ON RECEIVER STAPLETON GROUP'S
MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543- 2

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055

Case 23-10117-TWD    Doc 31    Filed 01/26/23    Ent. 01/26/23 13:54:20    Pg. 2 of 2