UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC,

    Debtor.

Case No. 23-10117-TWD

**ORDER GRANTING RECEIVER STAPLETON GROUP'S MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543**

THIS MATTER came before the Court on the Receiver Stapleton Group's Motion for Relief from Turnover Under 11 U.S.C. § 543 ("**Motion**"). The Court has reviewed the Motion, all papers filed in support thereof, and all responses and replies thereto. Further, the Court heard oral argument from interested parties on January 27, 2023 at 2:00 p.m. Having considered the foregoing, and being otherwise advised in the premises; now, therefore,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth below;

2. Stapleton Group ("**Receiver**") is hereby excused from the obligation to turn over property of the estate pending further order of this Court;

3. Except as provided herein, pursuant to 11 U.S.C. § 543(d)(1), Receiver is authorized until February 27, 2023, to continue to administer the assets and address the liabilities assigned to it and otherwise to continue to act as a general receiver under that certain Revised Order Appointing

ORDER GRANTING RECEIVER STAPLETON GROUP'S
MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543 - 1

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055

Case 23-10117-TWD    Doc 56    Filed 01/30/23    Ent. 01/30/23 09:20:37    Pg. 1 of 2

General Receiver Pursuant to RCW 7.08.030(3) and RCW 7.60.025(1)(j), entered in the Superior Court of King County, Washington, in the matter of *In the Receivership of Wireless Advocates, LLC*, Case No. 22-2-20145-2 SEA on January 23, 2023.

4. Notwithstanding the foregoing, Receiver may not pay, settle, prosecute, or act in any way to prejudice (a) any claims of the estate against affiliates or insiders and (b) any claims of the estate for avoidance or subordination.

5. Receiver and interested parties shall appear before the Court on the regular motions calendar on February 24, 2023, at 9:30 a.m. for a hearing at which the Court will consider whether to extend this Order, terminate this Order, or issue other orders with respect to property of the estate. Any further submissions by Receiver in support of extending this Order shall be filed by February 15, 2023. Any responses to Receiver's further submissions shall be filed by February 21, 2023.

6. The 14-day stay provision of Bankruptcy Rules 6004(h) and 4001(a)(3) is hereby waived.

/ / / End of Order / / /

Presented by:

SNELL & WILMER L.L.P.

By: *s/Amit D. Ranade*
Bradley R. Duncan, WSBA No. 36436
Josh A. Rataezyk, WSBA No. 33046
Amit D. Ranade, WSBA No. 34878

*Attorneys for The Stapleton Group*

4885-9047-5084

ORDER GRANTING RECEIVER STAPLETON GROUP'S
MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543 - 2

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055

Case 23-10117-TWD    Doc 56    Filed 01/30/23    Ent. 01/30/23 09:20:37    Pg. 2 of 2