Entered on Docket February 27, 2023

**Below is the Order of the Court.**

_____

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

Chapter 7

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

Wireless Advocates LLC,

Debtor.

Case No. 23-10117-TWD

**ORDER FOR RELIEF**

This matter came before the Court pursuant to the involuntary petition for relief under Chapter 7 of Title 11 of the United States Code filed against Wireless Advocates LLC [Docket No. 1] ("Petition"). Stapleton Group Inc., the general receiver appointed by the King County Superior Court, filed an answer to the involuntary petition [Docket No. 69] ("Answer"). The Court set a February 24, 2023 hearing to

ORDER FOR RELIEF - 1

consider the dispute regarding the Petition. The Court has reviewed and considered the Petition, the Answer, the submissions filed by the parties, all evidence submitted in support of and in opposition to the entry of an order for relief, the records and files in this case, and the oral argument at the February 24, 2023 hearing. At the conclusion of the hearing, the Court gave an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that:

1. This Order shall constitute the Order for Relief against Wireless Advocates LLC under Chapter 7 of Title 11 of the United States Code.

2. The Clerk's Office shall mail a copy of this Order to the Debtor via the BNC.

/// End of Order ///