Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Timothy W. Dore
Chapter 7
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC

                Debtor.

Bankr. Case No. 23-10117-TWD

DECLARATION OF MICHAEL GEARIN IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF K&L GATES LLP AS ATTORNEYS FOR TRUSTEE

I, Michael J. Gearin, hereby declare as follows:

1. I am a partner in the law firm of K&L Gates LLP ("K&L Gates") and am duly authorized to practice law in this Court. I submit this declaration in support of the application to employ K&L Gates as counsel for Virginia Burdette, the duly appointed Chapter 7 Trustee.

2. The chapter 7 Trustee Virginia Burdette has asked K&L Gates to represent her in this case. K&L Gates and its partners and associates are not creditors, equity security holders or insiders of the Debtors. K&L Gates has not taken a security interest in any assets of the bankruptcy estate to secure fees and no retainer has been provided to the firm or promised by the Debtor or the estate. K&L Gates expects to be paid from the assets of the bankruptcy estate and is not relying on any third party contributions or guarantees. K&L Gates does not represent any other party in connection with this case. To my knowledge, K&L Gates does not have an interest materially adverse to the interests of

GEARIN DECLARATION ISO *EX PARTE* APPLICATION FOR
ORDER AUTHORIZING EMPLOYMENT OF K&L GATES LLP
AS ATTORNEYS FOR TRUSTEE - 1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 114    Filed 03/07/23    Ent. 03/07/23 10:21:05    Pg. 1 of 4

the estate or of any class of creditors or equity security holders.

3. I have reviewed the List of Creditors filed by the receiver (Dkt. 94). The List of Creditors is 258 pages and contains over 2,000 creditors.

4. I have caused a review of the firms' computerized conflicts database to be conducted for relationships between the firm and the Debtor and certain creditors and parties in interest. Based on my review of the computerized conflicts data on file at K&L Gates, and to the best of my knowledge, K&L Gates does not represent and has not represented the Debtor.

5. In addition, our firm reviewed the firm's relationships for the past two years for past and current representations or adversities, if any, with:

   a. The Debtor's principal Mr. Dan Brettler;
   b. The Receiver: The Stapleton Group, Inc.;
   c. Entities adverse to the Debtor in litigation: The Wynne Law Firm, Dallas Clark, Julia Collazo, Jason Karroll, and Tylt, Inc.;
   d. Wireless carriers: AT&T Mobility, LLC, AT&T Inc., T Mobile US, Inc., Cellco Partnership d/b/a Verizon Wireless;
   e. Creditor, Costco Wholesale Corporation;
   f. The Debtors affiliate, Car Toys, Inc.;
   g. Landlord: Pembroke Real Estate, Inc., 255 Tate Street Boston MA;
   h. Subtenant: Chinook Therapeutics, 400 Fairview Ave. North Ste 900, Seattle, WA 98109;
   i. Finance lease holders: Cisco Systems Corporation, Xerox Financial Services LLC, and U.S. Bank Equipment Finance;
   j. Unsecured creditors listed in Schedule A-5 to the receivership petition; and
   k. Tax authorities with the 20 largest tax claims against the Debtor as disclosed in the receivership petition.

GEARIN DECLARATION ISO *EX PARTE* APPLICATION FOR
ORDER AUTHORIZING EMPLOYMENT OF K&L GATES LLP
AS ATTORNEYS FOR TRUSTEE - 2

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 114    Filed 03/07/23    Ent. 03/07/23 10:21:05    Pg. 2 of 4

6. Our computerized conflict search of the persons and entities listed above revealed that K&L Gates has active representations of the following entities (or such entities' affiliates) on matters unrelated to this bankruptcy case: Amazon Web Services, Inc., Airplus International, CDW Direct LLC, Cellco Partnership dba Verizon Wireless, Cisco Systems Corporation, Commerce Technologies, Inc. dba Commerce Hub, Costco Wholesale Corporation, Fedex Office, IBM, Kaiser Foundation Health Plan, Microsoft Corporation, Milliman, Inc. , Mobility Modular Portable Storage, the ultimate parent entity of the landlord Pembroke Real Estate Inc., FMR/Fidelity Investments, T-Mobile US, Inc., United Parcel Service and US Bank Equipment Finance. I have notified the Trustee that unless we obtain written conflict waivers, we will not represent her on matters directly adverse to the foregoing entities and that she will have to obtain conflicts counsel should she need counsel with respect to issues which are directly adverse to those parties. Within the past two years, K&L Gates represented the following parties on matters unrelated to the bankruptcy case: Iron Mountain and Navia Benefit Solutions. K&L Gates represents multiple parties with adverse interests to creditors and parties in interest to the bankruptcy case. K&L Gates does not, to the best of my knowledge, have a relationship with the United States Trustee, or any person employed in the office of the United States Trustee.

7. To the extent that I become aware of any relationships between K&L Gates and creditors or parties in interest to the case affecting K&L Gates' disinterestedness, I will provide a supplemental declaration to the Court.

8. I have reviewed and am familiar with Local Bankruptcy Rule 2016-1 in compliance with Local Bankruptcy Rule 2014.

9. The following individuals are likely to render the majority of legal services to the Trustee:

| Professional | Current Hourly Rate |
|---|---|
| Michael Gearin | $690.00 |
| Brian Peterson | $570.00 |
| Ruby Nagamine | $530.00 |
| Denise Lentz, Paralegal | $315.00 |

GEARIN DECLARATION ISO *EX PARTE* APPLICATION FOR
ORDER AUTHORIZING EMPLOYMENT OF K&L GATES LLP
AS ATTORNEYS FOR TRUSTEE - 3

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 114    Filed 03/07/23    Ent. 03/07/23 10:21:05    Pg. 3 of 4

10. Other attorneys and professionals will provide services to the estate at hourly rates ranging from $75 to $1340 per hour. K&L Gates rates are subject to periodic adjustments to reflect economic and other conditions, including increases in experience and expertise of members of the firm. My offices served copies of the application for employment, proposed order and this declaration to the U.S. Trustee's office in compliance with LBR 2014-1(b). The U.S. Trustee's office has consented to the submission of the application in advance of the 7 day notice period provided by that rule or the 7 day notice period has expired without objection by the offices of the U.S. Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of March, 2023, at Seattle, Washington.

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin

GEARIN DECLARATION ISO *EX PARTE* APPLICATION FOR
ORDER AUTHORIZING EMPLOYMENT OF K&L GATES LLP
AS ATTORNEYS FOR TRUSTEE - 4

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 114    Filed 03/07/23    Ent. 03/07/23 10:21:05    Pg. 4 of 4