

Wood Island
80 E. Sir Francis Drake Blvd., Suite 3G, Larkspur CA 94939
Tel (415) 461-6400 fax (415) 461-3900
www.wynnelawfirm.com

March 22, 2023

Edward J. Wynne
Admitted Pro Hac Vice
T: 415-461-6400
ewynne@wynnelawfirm.com

The Honorable Timothy W. Dore
United States Bankruptcy Court
Western District of Washington
700 Stewart Street, Room 8106
Seattle, WA 98101

      RE:    Telephonic Appearance Request
                In Re Wireless Advocates LLC
                USBC WA Western District Cause No. 23-10117

Dear Judge Dore:

I write to request that Edward J. Wynne, attorney for the petitioning creditors in the above captioned matter, be allowed to appear telephonically for the Motion for Relief from Turnover currently set for March 31, 2023 at 9:30 a.m.


Best Regards,

WYNNE LAW FIRM

Edward J. Wynne