# GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES OF WIRELESS ADVOCATES, LLC

The Debtor Wireless Advocates, LLC, executed an Assignment for the Benefit of Creditors on December 6, 2022 and the Stapleton Group was appointed General Receiver (the "Receiver") for the Debtor on December 8, 2022, in King County Case No. 22-2-20145-2 SEA (the "Receivership Case"). Since December 8, 2022, the Receiver has managed the affairs of the Debtor. Following the filing of the Involuntary Bankruptcy Petition against the Debtor on January 23, 2023 (the "Petition Date"), the Receiver has continued to manage the affairs of the Debtor pursuant to orders exec using its compliance from section 363 of the Code. Although the schedules provide for the reporting of assets and debts as of the Petition Date due to disposition that have occurred in the Receivership Case, the Debtor is relying on certain information provided by the Receiver, and certain assets and liabilities are reported based on information as of March 31, 2022.

The Debtor with the assistance of its legal and financial advisors, prepared the Schedules A through G and the Statement of Affairs for Non-Individuals Filing Bankruptcy (collectively the "Schedules") in accordance with 11 U.S.C. § 521. Dan Brettler has signed the Schedules. Mr. Brettler serves as the CEO of the debtor. In reviewing and signing the Schedules, Mr. Brettler has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and on information provided by the Receiver. Given the scale of the Debtor's business covered by the Schedules. Mr. Brettler has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors.

In preparing the Schedules, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation as well as information provided by the Receiver. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules, subsequent information or discovery may result in material changes to the Schedules. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtor and its directors, officers, cannot guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules.

For the avoidance of doubt, the Debtor and its agents hereby reserve its rights to amend and supplement the Schedules as may be necessary or appropriate, to modify, revise, or re-categorize the information provided in the Schedules and shall notify any third party should the information be updated, modified, revised, or re-categorized, as required by applicable law.

## Global Notes And Overview Of Methodology

❖ <u>Global Notes</u>. These global notes (the "Global Notes") pertain to and comprise an integral part of each of the Debtor's Schedules and should be referenced in connection with any review thereof.

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES OF WIRELESS ADVOCATES, LLC - 1
506592560.1

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 1 of 110

❖ <u>Reservations and Limitations</u>. Reasonable efforts have been made to prepare and file complete and accurate Schedules. However, as noted above, inadvertent errors or omissions may exist. In addition as noted in the Schedules themselves certain address and other information is missing. The Debtor reserve all rights to amend and supplement the Schedules may be necessary or appropriate. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

❖ <u>No Admission</u>. Nothing contained in the Schedules or the Global Notes is intended to be or should be construed as a waiver of the Debtor's rights to dispute any such claim or assert any cause of action or defense against any party.

❖ <u>Recharacterization and Classifications</u>. Notwithstanding that the Debtor have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserve all rights to amend its Schedules as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

❖ <u>Estimates and Assumptions</u>. As with the preparation of any financial statements the Schedules required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts, including but not limited to amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates.

❖ <u>Causes of Action</u>. Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules The Debtor reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules should be construed as a waiver of any causes of action.

❖ <u>Property Rights – Generally</u>. Exclusion of certain property from the Schedules shall not be construed as an admission that the Debtor's rights in such property have been abandoned, terminated, assigned, expired by its terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain property in the Schedules shall not be construed as an admission that the Debtor's rights in such property have not been abandoned, terminated, assigned, expired by its terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Methodology**.

❖ <u>Basis of Presentation</u>. The Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules contain unaudited information that is subject to further review and potential adjustment. The Schedules reflect the Debtor's reasonable efforts to report the assets and liabilities

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES OF WIRELESS ADVOCATES, LLC - 2
506592560.1

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 2 of 110

of the Debtor. The information provided in the Schedules is as of the close of business on the Petition Date, except as otherwise noted.

❖   <u>Duplication</u>. Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules. To the extent these disclosures would be duplicative, the Debtor has endeavored to only list those items once.

❖   <u>Net Book Value</u>. Unless otherwise indicated, assets presented in the Debtor's Schedules represent estimates for the net book values as of the Petition Date. Market values may vary materially from values presented. The Debtor believes that it would be an inefficient use of estate resources for the Debtor to obtain estimates for the current market values of its property and other individual assets. Accordingly, the Debtor has indicated in the Schedules that the values of certain assets and liabilities are undetermined. The omission of an asset from the Schedules does not constitute a representation regarding the economic value or ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

❖   <u>Property and Equipment</u>. Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtor leases equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules. Nothing in the Schedules, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserve all rights with respect thereto.

❖   <u>Liens</u>. The inventories, property, and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

❖   <u>Setoffs</u>. The Debtor periodically incurs setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes, including, but not limited to, settlements, pricing discrepancies, returns, warranties, refunds, and negotiations and/or disputes between Debtor and its customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtor to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Debtor's Schedules. In some cases the effect of netting may create an amount showing as owing on its receivables and correspondingly an amount shown as owing to it on it its payables. In addition, some amounts listed in the Schedules may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware.

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES OF WIRELESS ADVOCATES, LLC - 3
506592560.1

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 3 of 110

❖    <u>Specific Schedules Disclosures</u>.

The amounts shown on the schedules reflect asset values and debt balances as 3/31 rather than the Petition Date. This is how Wireless was instructed by the Receiver to complete the schedules,

- <u>Schedule A/B Assets</u>

  o <u>Question 3.4 - 3.7</u> are bank accounts held by the Receiver rather than WA with bank balances provided by the Receiver.

  o <u>Question 11(a) and (b)</u>. The amounts shown are estimates and subject to reconciliation as certain of the debtor's receivable as subject to set off in the ordinary course of the debtor's business as explained above in the section labeled "Setoffs".

  o <u>Question 22.</u> The liquidation value is based on the sale amount negotiated by the Receiver for these items

  o <u>Question. 41.</u> The liquidation value is based on the sale amount negotiated by the Receiver for these items

- <u>Schedule E/F Unsecured Creditors</u>.

  o <u>Question 2.</u> The Debtor believes all employees who were terminated prior to the Receivership Case were paid in full through the termination date. The amounts listed for employees are for wages owing during the Receivership Case. There may be additional claims by other employees who received Warn Notices but did not receive all 60 days of their Warn wages.

  o <u>Entry 3.85.</u> The amount shown for Stewart Lee represents rebates owed to individual Costco members that are processed by Stewart Lee. Wireless does not know the identities of the members to whom the rebates are owed. The amount shown on the schedules is based on the last billing from Stuart Lee plus an estimate of the rebates eligible for redemption in December 2022 and January 2023.

- <u>Schedule G Executory Contracts and Unexpired Leases</u>.

  o This schedule lists all contracts owed to the Debtor. In many cases the contracts consist of multiple parts and it is not clear to Wireless which of these contracts would be considered executory.

- <u>Statement of Affairs for Non-Individuals Filing Bankruptcy</u>

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES OF WIRELESS ADVOCATES, LLC - 4
506592560.1

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 4 of 110

o   <u>Question 3</u>. Shows all payments made in the 90 days prior to filing the receivership.

o   <u>Question 4.</u> Shows all payments made in the 90 days prior to filing the receivership.

o   <u>Question 6</u>. Setoffs in the ordinary course of the debtor's and respective creditor's business as explained above in the section labeled "Setoffs," are omitted.

o   <u>Question 10</u>. The Debtor in the ordinary course reports all casualty losses to its insurer. The Debtor has requested its insurer provided it a report of all claims made within the past year but has not received it as of the date of these schedules.

o   <u>Question 30</u>. Information is for one year back from December 8 not January 23.

*[Signature on following page]*

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES OF WIRELESS ADVOCATES, LLC - 5
506592560.1

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 5 of 110

I, Dan Brettler declare under penalty of perjury that the laws that the Schedules attached hereto, subject to these Global Notes, are true and correct to the best of my knowledge.

Dated this 4th day of April. 2023.

/s/ *Dan Brettler*
Dan Brettler, Chief Executive Officer

**Fill in this information to identify the case:**

Debtor name    **Wireless Advocates, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 4, 2023**     X **/s/ Dan Brettler**
                                    Signature of individual signing on behalf of debtor

                                      **Dan Brettler**
                                      Printed name

                                      Position or relationship to debtor

Official Form 202             **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Wireless Advocates, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.....................................................................................    $    0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................................    $    205,633,547.87

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*....................................................................................    $    205,633,547.87

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    5,087,812.35

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    2,067,730.87

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................    +$    239,609,883.89

4.    **Total liabilities** .............................................................................................................
     Lines 2 + 3a + 3b    $    246,765,427.11

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Wireless Advocates, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank- 3-31-23** | **FSA** | **4598** | **$61,220.29** |
| 3.2. | **US Bank- 3-31-23** | **Money Market** | **7037** | **$806,754.91** |
| 3.3. | **FT Still National Bank- 3-31-23** | **Depository** | **3676** | **$572.75** |
| 3.4. | **City National Bank-3-31-23** | **Operating** | **1475** | **$249,999.55** |
| 3.5. | **City National-3-31-23** | **Money Market** | **5829** | **$250,299.99** |
| 3.6. | **Tri-State Bank** | **Collateralized Account** | **3593** | **$2,117,923.00** |

Debtor **Wireless Advocates, LLC**
<sub>Name</sub>

Case number *(If known)* _____

| 3.7. | **Axos Bank** | **Trustees Bank Account** | **1370** | **$5,000,000.00** |

---

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $8,486,770.49 |

---

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | **400 Fairview LLC- 3-31-23** | **$207,994.45** |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | 8.1. | **Prepaid Insurance-Marsh -3-31-23** | **$725,239.00** |

---

| 8.2. | **Prepaid IT licenses- QBSI; CDW;Solarwinds; Synchronoss; Secureworks; Magneto; Data Masons SPS; JDA Blue Yonder; Intern'l CIO Leadership; Presidio Network Solutions; ZOHO; TINY; IVANTI-3-31-23** | **$1,769,019.00** |

---

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | $2,702,252.45 |

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **583,115.98** | - | **0.00** | = .... | **$583,115.98** |
| | <sub>face amount</sub> | | <sub>doubtful or uncollectible accounts</sub> | | |

| 11b. Over 90 days old: | **206,698,292.28** | - | **15,866,883.33** | =.... | **$190,831,408.95** |
| | <sub>face amount</sub> | | <sub>doubtful or uncollectible accounts</sub> | | |

---

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   | $191,414,524.93 |

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

Debtor  **Wireless Advocates, LLC**
Name

Case number *(If known)* _____

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies **Cell Phones and Accessories-3-31-23** | 01/2023 | $15,047,671.61 | Liquidation | $3,000,000.00 |

**23.  Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$3,000,000.00

**24.  Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39.  Office furniture | | | |
| 40.  Office fixtures | | | |
| 41.  Office equipment, including all computer equipment and | | | |

Debtor    **Wireless Advocates, LLC**         Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| communication systems equipment and software **Computers, Computer Systems, Software, Hardware, Misc Office equip, Furniture-3-31-23** | $10,714,617.00 | Liquidation | $30,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.           **$30,000.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No.  Go to Part 9.
      ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Wireless Advocates Trademark name** | $0.00 | | $0.00 |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.         **$0.00**

Debtor    **Wireless Advocates, LLC**_____    Case number *(If known)*_____
　　　　　　　Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　　　　☐ No
　　　　■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　　　■ No
　　　　　☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　　　■ No
　　　　　☐ Yes

<div style="background:black;color:white">Part 11:</div>    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　■ No.  Go to Part 12.
　　☐ Yes Fill in the information below.

Debtor     **Wireless Advocates, LLC**          Case number *(If known)* _____
        Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,486,770.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,702,252.45 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $191,414,524.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $205,633,547.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $205,633,547.87 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 6

**Fill in this information to identify the case:**

Debtor name **Wireless Advocates, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1 Dan Brettler**
Creditor's Name

**4124 55th Ave NE**
**Seattle, WA 98105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/02/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority. T-Mobile-2nd secured

**Describe debtor's property that is subject to a lien**
**Lien on all assets**

**Describe the lien**
**First Security Interest**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $5,087,812.35 | $5,087,812.35 |

**2.2 T-Mobile**
Creditor's Name

**PO Box 94503**
**Seattle, WA 98124-6803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority. Dan Brettler- 1st Priority

**Describe debtor's property that is subject to a lien**
**T-Mobile equipment**

**Describe the lien**
**Lien on T-Mobile equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| Unknown | $0.00 |

Official Form 206D

Schedule D: Creditors Who Have Claims Secured by Property

Debtor  **Wireless Advocates, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,087,812.35 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Wireless Advocates, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Andy Larson**<br>**11400 Olympus Way, # P302**<br>**Gig Harbor, WA 98332** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,620.85 | $4,620.85 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Anna Yogan**<br>**9701 148th St Se**<br>**Snohomish, WA 98296** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,649.85 | $3,649.85 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

56634

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**Anthony Bunnalim**
**1771 Ashby Ave NW**
**Poulsbo, WA 98370**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,354.17     $1,354.17

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Barbara Erni**
**1823 Terry Ave . Apt 2504**
**Seattle, WA 98101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,468.75     $4,468.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Beaufort County Treasurer**
**PO Box 487**
**Beaufort, SC 29901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$393.34     $393.34

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Benjamin Graham**
**1223 NW Mt Washington Dr**
**OR 97703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$496.60     $496.60

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|--------|------------------------------|-------------------------|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.10 | $659.10 |

**Berkely County Treasurer SC**
**Caroly M Umphlett**
**Po Box 6122**
**Moncks Corner, SC 29461-6120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.69 | $161.69 |

**Carson City  Treasurer**
**201 N Carson St, #5**
**Carson City, NV 89701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.79 | $112.79 |

**Catoosa County Tax Commission**
**796 La Fayette St**
**Ringgold, GA 30736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,828.70 | $1,828.70 |

**Charleston County Treaurer**
**PO Box 603517**
**Charlotte, NC 28260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.55 | $272.55 |
|---|---|---|---|---|

**Chattahoochee County**
**Zaidee R Smith TX**
**215 Mc Naughton St**
**Cusseta, GA 31805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.05 | $27.05 |
|---|---|---|---|---|

**Cimarron M U D**
**11111 Katy Freeway, #725**
**Houston, TX 77079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.22 | $60.22 |
|---|---|---|---|---|

**City of Alpharetta**
**PO Box 349**
**Alpharetta, GA 30009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.06 | $373.06 |
|---|---|---|---|---|

**City of Everett MA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Wireless Advocates, LLC**                    Case number (if known)
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.28 | $58.28 |

**City of Layfayette**
**PO Box 4024**
**Lafayette, LA 70502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.61 | $183.61 |

**City of Middleton, WI**
**7426 HubbardAve**
**    IL 62562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.46 | $4.46 |

**City of Milford, CT**
**PO Box 3025**
**Milford, CT 06460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $34.00 |

**City of Murfreesboro**
**PO Box 1139**
**Murfreesboro, TN 37133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.40 | $349.40 |
|---|---|---|---|---|

**City of New Orleans**
**Dept 165025**
**PO Box 62600**
**New Orleans, LA 70162-2600**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.21 | $989.21 |
|---|---|---|---|---|

**City of Newport NEw VA**
**PO Box 975**
**Newport News, VA 23607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.45 | $203.45 |
|---|---|---|---|---|

**City of Sun Prairie Treasurer**
**300 E Main St**
**Sun Prairie, WI 53590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.45 | $41.45 |
|---|---|---|---|---|

**City of Walltham, MA**
**Treasurer Collector Office**
**PO Box 540190**
**Waltham, MA 02454-0190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Wireless Advocates, LLC**
Name

Case number (if known) _____

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.97 | $126.97 |
|---|---|---|---|---|

**City of WoodStock**
**12453 Highway 92**
**Woodstock, GA 30188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.78 | $861.78 |
|---|---|---|---|---|

**Clark Cunty Assessor, NV**
**PO Box 551401**
**Las Vegas, NV 89155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.55 | $369.55 |
|---|---|---|---|---|

**Clay County Collector**
**Lydia McEvoy, Admin Bld**
**1 Courthouse Square**
**Liberty, MO 64068-2368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.94 | $243.94 |
|---|---|---|---|---|

**Clear Creek ISD Tax Office**
**PO Box 650395**
**Dallas, TX 75265-0395**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|--------|------------------------------|-------------------------|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,155.86 | $1,155.86 |

**Collin County**
**PO Box 8046**
**McKinney, TX 75070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.98 | $61.98 |

**County of Albemarle**
**PO Box 7604**
**Merrifield, VA 22116-7604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $523.54 | $523.54 |

**County of Fairfax VA**
**PO Box 10206**
**Fairfax, VA 22035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.59 | $480.59 |

**Cypress- Fairbanks ISD**
**0494Jones Rd,#10**
**Houston, TX 77065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Wireless Advocates, LLC**          Case number (if known) _____
_____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.31 | $104.31 |
|---|---|---|---|---|

**Dale County AL**
**PO Box 267**
**Ozark, AL 36361**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,291.67 | $0.00 |
|---|---|---|---|---|

**Dan Brettler**
**4124 55th Ave NE**
**Seattle, WA 98105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.73 | $22.73 |
|---|---|---|---|---|

**Denton County LID, #1**
**11111 Katy Freway #725**
**Houston, TX 77079-2197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $684.40 | $684.40 |
|---|---|---|---|---|

**Denton County Tax Collector**
**11111 Katy Freeway #725**
**Houston, TX 77079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,176.57 | $1,176.57 |
|---|---|---|---|---|

**El Paso County Treasurer**
**PO Box 2018**
**Colorado Springs, CO 80901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,275.30 | $6,275.30 |
|---|---|---|---|---|

**Elijah Sedgemore**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.40 | $170.40 |
|---|---|---|---|---|

**Fayette County Sheriff**
**PO Box 34148**
**Lexington, KY 40588-4148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.35 | $170.35 |
|---|---|---|---|---|

**Fort Bend Count MUD #138**
**Esther Buentello Slores RTA**
**PO Box 4545**
**Houston, TX 77210-4545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.31 | $419.31 |
|---|---|---|---|---|

**Fort Bend County Tax Assessor**
**Carrie Surratt**
**PO Box 1028**
**Sugar Land, TX 77487-1028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Geraldine Velez**
**1018 Taylor Ave N, #D**
**Seattle, WA 98109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.19 | $414.19 |
|---|---|---|---|---|

**Greenville County Tax Collecto**
**301 University Ridge, #700**
**Greenville, SC 29601-3659**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.01 | $26.01 |
|---|---|---|---|---|

**Guadalupe County TX**
**Daryl John**
**307 W Court St**
**Seguin, TX 78155**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.81 | $365.81 |
|---|---|---|---|---|

**Gwinnett County Tax Commission**
**PO Box 372**
**Lawrenceville, GA 30046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.89 | $392.89 |
|---|---|---|---|---|

**Hampton City Treasurer**
**PO Box 3800**
**Hampton, VA 23663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.66 | $259.66 |
|---|---|---|---|---|

**Harris County MUD #391**
**11111 Katy Freewy #725**
**Houston, TX 77079-2197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $908.86 | $908.86 |
|---|---|---|---|---|

**Harris County Tax Assessor**
**Ann Harris Bennett**
**PO Box 4622**
**Houston, TX 77210-4622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.66 | $218.66 |
|---|---|---|---|---|

**Harrison County PO Box 1270**

**Gulfport, MS 39502**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.79 | $340.79 |
|---|---|---|---|---|

**Hidalgo County Tax**
**Po Box 3337**
**Edinburg, TX 78540**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.43 | $131.43 |
|---|---|---|---|---|

**Houston County Tax Commission**
**PO Box 7799**
**Warner Robins, GA 31095**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.70 | $222.70 |
|---|---|---|---|---|

**Humble ISD**
**Janice P Himpele**
**PO Box 4020**
**Houston, TX 77210**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

Debtor **Wireless Advocates, LLC**    Case number (if known) _____
       Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,928,867.00 | $1,928,867.00 |
|------|--------|--------|--------|--------|

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
|---|---|---|---|

**2.51**

**Internal Revenue Service**

Ogden, UT 84201-0030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,928,867.00     $1,928,867.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.52**

**Jackson County Taxation office**
PO Box 1569
Medford, OR 97501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$212.36     $212.36

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.53**

**Jennifer Anthony**
9224 7th St Se
Lake Stevens, WA 98258

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,145.83     $1,145.83

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54**

**Jerilyn Kay**
16727 74th Pl W
Edmonds, WA 98026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$588.03     $588.03

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 30 of 110

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.27 | $557.27 |
|---|---|---|---|---|

**Jessica Morris**
**228 Norway St**
**Silverton, OR 97381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.80 | $671.80 |
|---|---|---|---|---|

**John R Ames CTA**
**Dallas County Tax Office**
**PO Box 139066**
**Dallas, TX 75313-9066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.50 | $1,287.50 |
|---|---|---|---|---|

**Jonathon Visser**
**8317 57th Pl NE**
**Marysville, WA 98270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.55 | $104.55 |
|---|---|---|---|---|

**JT Smallwood**
**Rm 160 Couthouse**
**716 Richard Arringon Jr Blvd N**
**Birmingham, AL 35203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor **Wireless Advocates, LLC**
                Name                                                    Case number (if known)

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,139.51 | $8,139.51 |

**Kimberly Nelson**
**2036 218th Pl NE**
**Sammamish, WA 98074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,958.08 | $18,958.08 |

**King County Treasurer WA**
**500-4th Ave #600**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,395.83 | $2,395.83 |

**Kristina Eseman**
**2240 Condon Way W**
**Seattle, WA 98199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,687.50 | $4,687.50 |

**Kyle Maeda**
**1909 Rio Mesa Dr**
**Austin, TX 78732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.03 | $310.03 |
|---|---|---|---|---|

**Lauderdale County Tax Collecto**
**Doris Spidle**
**PO Box 5205**
**Meridian, MS 39302-5205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.97 | $276.97 |
|---|---|---|---|---|

**Layfayette Parish Tax Collecto**
**PO Box 52667**
**Lafayette, LA 70505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.50 | $111.50 |
|---|---|---|---|---|

**Madison Conty AL**
**100 Northside Square**
**Huntsville, AL 35801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.65 | $122.65 |
|---|---|---|---|---|

**Manatee County Tax Collector**
**Ken Burton Jr**
**PO Box 25300**
**Bradenton, FL 34206-5300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.09 | $194.09 |
|---|---|---|---|---|

**Mecklenburg County NC**
**PO Box 71063**
**Charlotte, NC 28232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $397.38 | $397.38 |
|---|---|---|---|---|

**Miami Dade Tax Collector**
**200 NW 2nd Ave**
**Miami, FL 33128-1733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,170.00 | $1,170.00 |
|---|---|---|---|---|

**Michael Coughlin**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,875.00 | $1,875.00 |
|---|---|---|---|---|

**Michael Kroon**
**22924 79th Ln W, # F**
**Edmonds, WA 98026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Wireless Advocates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,193.98 | $2,193.98 |

**Michelle Simon**
**810 Victoria Hills Dr S**
**CA 92724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.49 | $237.49 |

**Mobile County AL**
**PO Drawer 1169**
**Mobile, AL 36633-1169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.11 | $517.11 |

**Montgomery County AL**
**Po Box 4720**
**Montgomery, AL 36103-4720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.30 | $11.30 |

**Montgomery County MUD #39**
**JEannie Scott RTA**
**PO Box 7829**
**Spring, TX 77387-7829**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.75** | Priority creditor's name and mailing address

**Montgomery County Tax Assessor**
**Tammy J McRae**
**400 N San Jacinto St**
**Conroe, TX 77301**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$70.79 | $70.79

---

**2.76** | Priority creditor's name and mailing address

**Nancy Webb**
**4613 225th Ave SE**
**Sammamish, WA 98075**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,042.58 | $1,042.58

---

**2.77** | Priority creditor's name and mailing address

**Oklahoma County Treasurer**
**PO Box 268875**
**Oklahoma City, OK 73126**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$706.44 | $706.44

---

**2.78** | Priority creditor's name and mailing address

**Plaquemines Parish Sheriffs Of**
**8022 Highway 23**
**Belle Chasse, LA 70037**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$208.35 | $208.35

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address

**Pulaski County Collector MO**
**301 Historic Route 66E**
**Waynesville, MO 65583**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$49.94     $49.94

---

**2.80** | Priority creditor's name and mailing address

**Rachel Terry**
**11909 SE 277th St**
**Kent, WA 98030**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,417.00     $1,417.00

---

**2.81** | Priority creditor's name and mailing address

**Richard Carter**
**19301 205th St E**
**Orting, WA 98360**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,785.74     $1,785.74

---

**2.82** | Priority creditor's name and mailing address

**Richardson iSD Tax Office**
**E42 S Greenville Ave**
**Palestine, TX 75801**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$278.70     $278.70

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,110.51 | $1,110.51 |
|---|---|---|---|---|

**Richland County Treasurer**
**PO Box 11947**
**Columbia, SC 29211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.30 | $261.30 |
|---|---|---|---|---|

**Rockwell Central Appraisal Dis**
**841 Justin Road**
**Rockwall, TX 75087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Ronald Combs**
**600 17th St, #600N**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,083.33 | $2,083.33 |
|---|---|---|---|---|

**Ryan Brodniak**
**6242 NE 129th St**
**Kirkland, WA 98034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.87** | Priority creditor's name and mailing address

**San Diego County Treasurer**
**PO Box 129009**
**San Diego, CA 92112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$263.32 | $263.32

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address

**Scott Jacobson**
**8514 173rd Ave NW**
**Redmond, WA 98052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,606.54 | $1,606.54

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.89** | Priority creditor's name and mailing address

**Scott Takema**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,926.10 | $1,926.10

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.90** | Priority creditor's name and mailing address

**Spartanburg County Tax Collect**
**Oren L Brady III**
**PO Box 5807**
**Spartanburg, SC 29304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$506.67 | $506.67

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Wireless Advocates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.85 | $113.85 |
|---|---|---|---|---|

**Spring Branch ISD**
**PO Box 19037-8880 WES**
**Houston, TX 77224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.73 | $86.73 |
|---|---|---|---|---|

**St Charles County Collector**
**201 N Second St, # 134**
**MO 63300-1000**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $507.75 | $507.75 |
|---|---|---|---|---|

**Sumter County Treasurer**
**PO Box 1775**
**Sumter, SC 29151**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,326.41 | $2,326.41 |
|---|---|---|---|---|

**Tarrant County Clerk**
**100 East Wetherford**
**Fort Worth, TX 76196**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor **Wireless Advocates, LLC**                    Case number (if known) _____
_____
Name

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.78 | $418.78 |
|------|--|--|--|--|

**Tom Green Appraisal District**
**2302 Pulliam St**
**San Angelo, TX 76905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.71 | $116.71 |
|------|--|--|--|--|

**Town of Avon MA**

**Milford, CT 06460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.33 | $50.33 |
|------|--|--|--|--|

**Town of Danvers MA**
**1 Sylvan St**
**Danvers, MA 01923**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.07 | $600.07 |
|------|--|--|--|--|

**Town of Dedham MA**
**PO Box 4103**
**Woburn, MA 01888**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.70 | $13.70 |
|---|---|---|---|---|

**Town of Grand Chute WI**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.02 | $86.02 |
|---|---|---|---|---|

**Town of West Springfield MA**
**26 Central St**
**West Springfield, MA 01089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,278.59 | $1,278.59 |
|---|---|---|---|---|

**Travis County Tax Office**
**PO box 149328**
**Austin, TX 78714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.91 | $273.91 |
|---|---|---|---|---|

**Treasurer of Frederick County**
**PO Box 7418**
**Merrifield, VA 22116-7418**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **Wireless Advocates, LLC**        Case number (if known) _____
      Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.19 | $249.19 |
|---|---|---|---|---|

**Treasurer of Loudoun County**
**PO Box 1000**
**Leesburg, VA 20177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Tulsa County Treasurer**
**PO Box 21017**
**Tulsa, OK 74121-1017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $498.33 | $498.33 |
|---|---|---|---|---|

**Victoria Adair**
**12902 Se 312th St, D408**
**Auburn, WA 98092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.25 | $153.25 |
|---|---|---|---|---|

**Village of Bellevue WI**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.62 | $160.62 |

**Village of Grafton WI**

**Grand Chute, WI 54913-9313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.93 | $160.93 |

**Village of Pleasant Prairie WI**
**Treasurer**
**9915 39th Ave**
**Pleasant Prairie, WI 53158**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.48 | $306.48 |

**Wichita County Tax Assessor**
**Tommy Smyth**
**600 Scott Ave, # 103**
**Wichita Falls, TX 76301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.32 | $241.32 |

**Williamson County Tax Assessor**
**Larry Gaddes**
**904 S Main St**
**Georgetown, TX 78626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** Nonpriority creditor's name and mailing address

**24 Seven**
**105 Maxess Road**
**Melville, NY 11747**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,815.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Access information Management**
**PO Box 398306**
**San Francisco, CA 94139**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$45,772.50**

---

**3.3** Nonpriority creditor's name and mailing address

**Ace Parking Management**
**1515 7yj St, #200**
**AK 99810-1000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$42,470.22**

---

**3.4** Nonpriority creditor's name and mailing address

**Air Plus International**
**PO Box 7247-6064**
**Philadelphia, PA 19170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$24,094.84**

---

**3.5** Nonpriority creditor's name and mailing address

**All Pro Building Maintenance**
**PO Box 931**
**Kent, WA 98035-0931**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,801.96**

---

**3.6** Nonpriority creditor's name and mailing address

**Alliance One**
**PO Box 11642**
**Tacoma, WA 98411-6642**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,632.05**

---

**3.7** Nonpriority creditor's name and mailing address

**Alphagraphics**
**3131 Elliott Ave, # 100**
**Seattle, WA 98121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,726.19**

---

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 29 of 43

Case 23-10117-TWD  Doc 157  Filed 04/05/23  Ent. 04/05/23 09:24:19  Pg. 45 of 110

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,202,998.00 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Apple Inc**
**PO Box 846095**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,342.00 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Apple Inc**
**PO Box 846095**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,587.53 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Army & Air Force Exchange Serv**
**PO Box 660792**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------|

**At & T**
**12525 Cingular Way**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,006.02 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**At & T Mobility**
**PO Box 6416**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,492.76 |
|------|--------------------------------------------------|---------------------------------------------------------------------|--------------|

**Beacon Hill Staffing Group LLC**
**PO Box 846193**
**Boston, MA 02284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,380.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Benefit Elect Inc**
**855 SW Yates Drive, #202**
**Bend, OR 97702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Wireless Advocates, LLC**

Case number (*if known*) _____

Name

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**Birasoft Inc**
**399 Thornall St**
**Edison, NJ 08837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$738,507.26**

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

**Blue Dot Safes**
**2707 N Garey Ave**
**Pomona, CA 91767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,507.63**

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**Brightpoint North America LP**
**PO Box 775869**
**Chicago, IL 60677-5869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,501,384.62**

---

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** |

**C2 Wireless & Accessories LLC**
**Drawer #2515**
**PO Box 5935**
**Troy, MI 48007-5935**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Case-Mate Inc**
**7000 Central Parkway, #100**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$257,020.45**

---

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**Caseable**
**Ulano Corp c/o caseable acct**
**110 3rd Ave**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$269.85**

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**CDW Direct LLC**
**PO Box 75723**
**Chicago, IL 60675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$28,394.27**

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,475.63** |
|---|---|---|---|

**Century Link**
PO Box 91155
Seattle, WA 98111-9255

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,860.20** |
|---|---|---|---|

**Chrisa DF Corp LLC**
1201 Tukwila Intn't Blvd, #410
Seattle, WA 98168

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,545.24** |
|---|---|---|---|

**Cisco Systems Capital Corp**
Po Box 742927
Los Angeles, CA 90074-2927

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,381.00** |
|---|---|---|---|

**CNA Insurance**
23453 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$602.58** |
|---|---|---|---|

**Comcast**
PO Box 70219
Philadelphia, PA 19176-0219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Commerce Technology LLC**
15736 Network Place
Chicago, IL 60673-1257

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,799.98** |
|---|---|---|---|

**Costco**
999 Lke Dr
Issaquah, WA 98027

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,473.22** |
|---|---|---|---|

**Costco Wholesale**
**Attn: Andy Loveless**
**999 Lake Dr**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$172,921,017.36** |
|---|---|---|---|

**Costco Wholesale**
**Attn: Andy Loveless**
**999 Lake Dr**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Cricket Wireless**
**575 Morosgo Dr NE, Rm 10G57**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,894.89** |
|---|---|---|---|

**CT Corporation**
**PO Box 4349**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Data Intensity LLC**
**PO Box 419037**
**Boston, MA 02241-9037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,160.49** |
|---|---|---|---|

**Deluxe**
**POB ox 4656**
**Carol Stream, IL 60197-4656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,190.00** |
|---|---|---|---|

**DHI Telecom**
**9251 PArk South View St**
**Houston, TX 77051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,463.49 |
|---|---|---|---|

**Dominic Carratt**
**14 Monarch Bay Plaza #298**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,678.59 |
|---|---|---|---|

**Enterprise Rent A Car**
**PO Box 840173**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,100.00 |
|---|---|---|---|

**Epic Builders LLC**

**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,615.31 |
|---|---|---|---|

**Fed Ex Office**
**Cust Admin**
**PO Box 672085**
**Dallas, TX 75267-2085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.63 |
|---|---|---|---|

**Frontline Inc**
**1611 S Rancho Santa Fe Rd, #E**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,271.08 |
|---|---|---|---|

**Fusion Cloud Services LLC**
**PO Box 51341**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,430.32 |
|---|---|---|---|

**Hypercel Corp**
**28385 Constellation Rd**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,373.06 |
|---|---|---|---|

**IBM**
**PO Box 676673**
**Dallas, TX 75267-6673**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,683,583.23 |
|---|---|---|---|

**Ingram Micro Inc**
**PO Box 775869**
**Chicago, IL 60677-5869**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,735.92 |
|---|---|---|---|

**Inited Postal Service**
**PO Box 809488**
**Chicago, IL 60680-9488**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Intellegent Discovery Solution**
**300 K St NW**
**Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.49 |
|---|---|---|---|

**InVue Security Products inc**
**9201 Baybrook Ln**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467,460.00 |
|---|---|---|---|

**IQmetrix USA Inc**
**Dept CH 16677**
**Palatine, IL 60055-6677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,664.01 |
|---|---|---|---|

**IT1 Source LLC**
**LB 413006**
**POB ox 35146**
**Seattle, WA 98124-5146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,877.51 |
|---|---|---|---|

**Law OFfice Jack Perko**
**Client Trust**
**26895 Aliso Creed Rd**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,559.95 |
|---|---|---|---|

**Legacy Support Services**
**300 S 13th St**
**Waco, TX 76701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,019.41 |
|---|---|---|---|

**Level 3 Communication**
**PO Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LP Software**
**PO Box 639640**
**Cincinnati, OH 45263-9640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.28 |
|---|---|---|---|

**Lubbock Central Appraisal Dist**

**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,307.50 |
|---|---|---|---|

**Magneto Inc**
**PO Box 204105**
**Dallas, TX 75230-4105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,398.34 |
|---|---|---|---|

**Marine Corp**
**PO Box 277160**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,873.00** |
|---|---|---|---|

**Marsh USA Inc**
**1301 5th Ave, # 1900**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357.00** |
|---|---|---|---|

**Master CPE LLC**
**7683 SE 27th St, # 216**
**Mercer Island, WA 98040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,815.58** |
|---|---|---|---|

**MCS Life insurance Co**

**West Springfield, MA 01089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,327,963.26** |
|---|---|---|---|

**Microsoft Corp**
**1950 N Stemmons Fwy**
**Ste 5010 LB 842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,532.48** |
|---|---|---|---|

**Millman Inc**
**1301 5th Ave, # 3800**
**Seattle, WA 98101-2605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$887.83** |
|---|---|---|---|

**Mobile Modular Portable Storag**
**PO Box 45043**
**San Francisco, CA 94145-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,810.08** |
|---|---|---|---|

**Moss Adams**
**PO Box 101822**
**Pasadena, CA 91189-1822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,782.78** |
|---|---|---|---|

**Navia Benefit Solutions**
**PO Box 35193**
**Seattle, WA 98124-5193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,752.11** |
|---|---|---|---|

**Nexcom**
**3280 Virginia Beach Blvd**
**Virginia Beach, VA 23452**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Nielson Zehe & Antas PC**
**Attn Brittany Hanlon**
**55 W onroe, #1800**
**Chicago, IL 60603**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,047.35** |
|---|---|---|---|

**Office Depot inc**
**PO Box 29248**
**Phoenix, AZ 85038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,236.41** |
|---|---|---|---|

**OnQ Solutions Inc**
**24540 Clawiter Rd**
**Hayward, CA 94545**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,067.50** |
|---|---|---|---|

**Orca**
**201 S Jackson St**
**Seattle, WA 98104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,897.99** |
|---|---|---|---|

**Piper Smith**
**5173 Waring Rd # 333**
**San Diego, CA 92120**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Wireless Advocates, LLC**

Case number (if known) _____

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Presidio Networked Solutions**<br>**PO Box 677638**<br>**Dallas, TX 75267-7638** | **As of the petition filing date, the claim is:** *Check all that apply.* $425,643.34 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Proforma**<br>**PO Box 51925**<br>**Los Angeles, CA 90051** |

$869.00

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address**<br>**QBSI- Xerox**<br>**PO Box 936793**<br>**Atlanta, GA 31193-6793** |

$161,545.49

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Qmadix**<br>**9321 Eton Ave**<br>**Chatsworth, CA 91311** |

$3,785.81

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address**<br>**RedDot**<br>**4590 MCArthur Blvd, # 500**<br>**Newport Beach, CA 92660** |

$37,363.73

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address**<br>**RR Donnelley**<br>**7810 Solution Center**<br>**Chicago, IL 60677** |

$58,285.60

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Scorpion Security Products Inc**<br>**330 N Jensen Rd**<br>**Vestal, NY 13850** |

$2,473.52

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Wireless Advocates, LLC**                    Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,640.35** |

**Seattle Plastic**
**309 S Cloverdale St,**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$9,584.86** |
|---|---|---|

**Shred-It USA LLC**
**28883 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$25,461.23** |
|---|---|---|

**Silver Star Cabinets Inc**
**PO Box 8**
**North Bonneville, WA 98639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$9,174.42** |
|---|---|---|

**Snappy Appnc**
**Dept CH 17651**
**Palatine, IL 60055-7651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
|---|---|---|

**Spigen inc**
**9975 Toledo Way, # 100**
**Irvine, CA 92618**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$10,500.00** |
|---|---|---|

**SPS Commerce Inc**
**PO Box 205782**
**Dallas, TX 75320-5782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
|---|---|---|

**Square Trade**
**600 Harrison St, # 400**
**San Francisco, CA 94107**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Wireless Advocates, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,274,731.00 |
|---|---|---|---|

**Stuart Lee & Associates**
**19011 36th Ave W Ste A**
**Lynnwood, WA 98036**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,781.39 |
|---|---|---|---|

**SXS Mobility LLC**
**136 1st Street**
**Nanuet, NY 10954**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 |
|---|---|---|---|

**Synchronoss Technologies**
**200 Crossing Blvd**
**Bridgewater, NJ 08807**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,817,544.35 |
|---|---|---|---|

**T-Mobil**
**PO Box 94503**
**Seattle, WA 98124-6803**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,771.29 |
|---|---|---|---|

**Talent Wise**
**Sterling**
**PO Box 102255**
**Pasadena, CA 91189-2255**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,609.52 |
|---|---|---|---|

**Tiny Technologies**
**2100 Geng Td, #220**
**Palo Alto, CA 94303**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.00 |
|---|---|---|---|

**TWCF DFAS 3877 Jamja**
**Li Disb Ops Directorate**
**8899 E 56th St**
**Att: 3801 Limefield Site**
**Indianapolis, IN 46249**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,527.51** |
|---|---|---|---|

**Unum Life Ins Co of America**
**PO Box 406955**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,472.36** |
|---|---|---|---|

**Vangard Protex Global Inc**
**Mail Code 5021**
**PO Box 628231**
**Orlando, FL 32862-8231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,712,578.87** |
|---|---|---|---|

**Verizon**
**PO Box 64498**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,812.20** |
|---|---|---|---|

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$721.11** |
|---|---|---|---|

**Walls & Forms Inc**
**15000 Grand River Rd, #111**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,690.67** |
|---|---|---|---|

**Warehouse Solutions inc**
**29274 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,002.71** |
|---|---|---|---|

**Workpointe**
**Diversifications Inc**
**9877 40th Ave S**
**Seattle, WA 98118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wireless Advocates, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.57 |
|---|---|---|---|

**WorkZone LLC**
**651 E Township Line Rd, #1427**
**Blue Bell, PA 19422**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,482.76 |
|---|---|---|---|

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320-2882**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 2,067,730.87 |
| 5b. Total claims from Part 2 | 5b. + | $ | 239,609,883.89 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 241,677,614.76 |

---

**Fill in this information to identify the case:**

Debtor name    **Wireless Advocates, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Business operations lease 3-31-23** | |
| State the term remaining    **37 Months** | **400 Fairview Ave LLC** |
| List the contract number of any government contract _____ | **Affiliate of Pembroke 255 State St. Boston, MA 02109** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Access information Management** |
| List the contract number of any government contract _____ | **PO Box 398306 San Francisco, CA 94139** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Ace Parking Management** |
| List the contract number of any government contract _____ | **1515 7yj St, #200 AK 99810-1000** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | **Adobe** |

Debtor 1   **Wireless Advocates, LLC**
     First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Adobe Connect** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ADP History Access** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aetna Inc** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Airplace** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **All Pro Building Maintenance**<br>**PO Box 931**<br>**Kent, WA 98035-0931** |

Debtor 1    **Wireless Advocates, LLC**                                    Case number (*if known*) _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Alphagraphics**<br>**3131 Elliott Ave, # 100**<br>**Seattle, WA 98121** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ANSI** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Articulate** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **At & T**<br>**12525 Cingular Way**<br>**Alpharetta, GA 30004** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ATD** |

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 62 of 110

Debtor 1  **Wireless Advocates, LLC**                          Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Avalera** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Beacon Hill Staffing Group LLC**<br>**PO Box 846193**<br>**Boston, MA 02284** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Benefit Elect Inc**<br>**855 SW Yates Drive, #202**<br>**Bend, OR 97702** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Birasoft Inc**<br>**399 Thornall St**<br>**Edison, NJ 08837** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bitdefender** |

Debtor 1   **Wireless Advocates, LLC**                                    Case number *(if known)*  _____
     First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Brightpoint North America LP**<br>**PO Box 775869**<br>**Chicago, IL 60677-5869** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **C2 Wireless & Accessories LLC**<br>**Drawer #2515**<br>**PO Box 5935**<br>**Troy, MI 48007-5935** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Canva for Teams** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Case-Mate Inc**<br>**7000 Central Parkway, #100**<br>**Atlanta, GA 30328** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CDW Direct LLC**<br>**PO Box 75723**<br>**Chicago, IL 60675** |

Debtor 1   **Wireless Advocates, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Routers located at remote Costco / <IL kiosks** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **Cisco Systems Capital Corp**<br>**Po Box 742927**<br>**Los Angeles, CA 90074-2927** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Cisco Systems Capital Corp**<br>**Po Box 742927**<br>**Los Angeles, CA 90074-2927** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Citrix** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Clark Nuber PS** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **CNA Insurance**<br>**23453 Network Place**<br>**Chicago, IL 60673** |
| | List the contract number of any government contract | | |

Debtor 1    **Wireless Advocates, LLC**                                Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.30.    State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any       **Comcast**
    government contract                    **PO Box 70219**
                                      **Philadelphia, PA 19176-0219**

2.31.    State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any       **Commerce Technology LLC**
    government contract                    **15736 Network Place**
                                        **Chicago, IL 60673-1257**

2.32.    State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any       **Communications Partners**
    government contract

2.33.    State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any       **Cornerstone on Demand**
    government contract

2.34.    State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any       **COX**
    government contract

Debtor 1     **Wireless Advocates, LLC**                                Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.35.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Cricket Wireless**
**575 Morosgo Dr NE, Rm 10G57**
**Atlanta, GA 30324**

2.36.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CT Corporation**
**PO Box 4349**
**Carol Stream, IL 60197**

2.37.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Dell**

2.38.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**DHI Telecom**
**9251 PArk South View St**
**Houston, TX 77051**

2.39.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Digicert**

Debtor 1    **Wireless Advocates, LLC**                                    Case number *(if known)* _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Digital Fortress** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **DropBox** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **eFax** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Egencia** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Epic Builders LLC** **Denver, CO 80291-0182** |

Debtor 1   **Wireless Advocates, LLC**                    Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Fed Ex Office**<br>**Cust Admin**<br>**PO Box 672085**<br>**Dallas, TX 75267-2085** |
| | List the contract number of any government contract | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fedes Freight** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **8 months** |
| | List the contract number of any government contract | **For IT Security** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Frontline Inc**<br>**1611 S Rancho Santa Fe Rd, #E**<br>**San Marcos, CA 92078** |
| | List the contract number of any government contract | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Fusion Cloud Services LLC**<br>**PO Box 51341**<br>**Los Angeles, CA 90051** |
| | List the contract number of any government contract | |

Debtor 1    **Wireless Advocates, LLC**                                    Case number (*if known*) _____
            _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.50.   State what the contract or
        lease is for and the nature of
        the debtor's interest

        State the term remaining

        List the contract number of any          **HYLA**
        government contract          _____

2.51.   State what the contract or
        lease is for and the nature of
        the debtor's interest

        State the term remaining          **IBM**
                                          **PO Box 676673**
        List the contract number of any          **Dallas, TX 75267-6673**
        government contract          _____

2.52.   State what the contract or
        lease is for and the nature of
        the debtor's interest

        State the term remaining

        List the contract number of any          **ICIMS**
        government contract          _____

2.53.   State what the contract or
        lease is for and the nature of
        the debtor's interest

        State the term remaining          **Ingram Micro Inc**
                                          **PO Box 775869**
        List the contract number of any          **Chicago, IL 60677-5869**
        government contract          _____

2.54.   State what the contract or
        lease is for and the nature of
        the debtor's interest

        State the term remaining

        List the contract number of any          **ISoutsource**
        government contract          _____

Debtor 1  **Wireless Advocates, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **IT1 Source LLC**<br>**LB 413006**<br>**POB ox 35146**<br>**Seattle, WA 98124-5146** |
| | List the contract number of any government contract | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ivanti** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **JDA Software Inc** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jet Brains** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kahoot** |

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 71 of 110

Debtor 1   **Wireless Advocates, LLC**                                    Case number (if known) _____
　　　　　First Name　　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.60. State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any
　　　　government contract _____        **Kaiser- HI Benefits**

2.61. State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any                **Legacy Support Services**
　　　　government contract _____        **300 S 13th St**
　　　　                                               **Waco, TX 76701**

2.62. State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any
　　　　government contract _____        **Lightedge**

2.63. State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any
　　　　government contract _____        **Linedin Learning**

2.64. State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any                **LP Software**
　　　　government contract _____        **PO Box 639640**
　　　　                                               **Cincinnati, OH 45263-9640**

Debtor 1   **Wireless Advocates, LLC**             Case number *(if known)* _____
_____
    First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.65.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract   _____ | **Luman** |
| **2.66.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract   _____ | **Luman** |
| **2.67.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract   _____ | **Magento** |
| **2.68.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract   _____ | **Malwarebytes** |
| **2.69.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract   _____ | **Marsh USA Inc**<br>**1301 5th Ave, # 1900**<br>**Seattle, WA 98101** |

Debtor 1   **Wireless Advocates, LLC**                                    Case number *(if known)* _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MCS Life insurance Co**<br>**West Springfield, MA 01089** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mettel** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Microsoft Corp**<br>**1950 N Stemmons Fwy** |
| | List the contract number of any government contract | **Ste 5010 LB 842467**<br>**Dallas, TX 75207** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Millman Inc**<br>**1301 5th Ave, # 3800**<br>**Seattle, WA 98101-2605** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mobaxterm** |

Debtor 1    **Wireless Advocates, LLC**                                    Case number *(if known)* _____
_____
        First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Navex Global** |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **NAvia Benefit Solutions**<br>**PO Box 35193**<br>**Seattle, WA 98124-5193** |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Netapp** |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nuggett Solutions** |
| **2.79.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Objectif Lune** |

Debtor 1   **Wireless Advocates, LLC**                     Case number (*if known*) _____
        First Name            Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.80.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Office Depot inc**<br>**PO Box 29248**<br>**Phoenix, AZ 85038** |
| **2.81.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **OnQ Solutions Inc**<br>**24540 Clawiter Rd**<br>**Hayward, CA 94545** |
| **2.82.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Orca**<br>**201 S Jackson St**<br>**Seattle, WA 98104** |
| **2.83.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pacific Office Automation** |
| **2.84.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Palo Alto** |

4/04/23 5:10PM

Debtor 1   **Wireless Advocates, LLC**

Case number *(if known)* _____

First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.85.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Passport Unlimited** |
| **2.86.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pay Plus Benefits** |
| **2.87.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Payflex Systems** |
| **2.88.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pembroke** |
| **2.89.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Poly** |

Debtor 1   **Wireless Advocates, LLC**                    Case number *(if known)* _____
              First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.90.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract          **Poly**

---

2.91.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract          **PP Support**

---

2.92.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract          **QB**

---

2.93.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**QBSI- Xerox**
**PO Box 936793**
**Atlanta, GA 31193-6793**

---

2.94.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**QBSI- Xerox**
**PO Box 936793**
**Atlanta, GA 31193-6793**

---

Debtor 1 **Wireless Advocates, LLC**                    Case number (*if known*) _____
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.95. | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract | **Quest** |
| 2.96. | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract | **R & L Carrier** |
| 2.97. | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract | **Rapid 7** |
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract | **RedDot**<br>**4590 MCArthur Blvd, # 500**<br>**Newport Beach, CA 92660** |
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract | **RR Donnelley**<br>**7810 Solution Center**<br>**Chicago, IL 60677** |

Debtor 1 **Wireless Advocates, LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **RR Donnelley**<br>**7810 Solution Center**<br>**Chicago, IL 60677** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ruckus** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Seattle Plastic**<br>**309 S Cloverdale St,**<br>**Seattle, WA 98108** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Secureworks** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Security Scoreboard** |

Debtor 1  **Wireless Advocates, LLC**                     Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.105.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Shred-It USA LLC**<br>**28883 Network Place**<br>**Chicago, IL 60673** |
| **2.106.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Silver Star Cabinets Inc**<br>**PO Box 8**<br>**North Bonneville, WA 98639** |
| **2.107.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Smith Bunday Berman Britton PS** |
| **2.108.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Snagit** |
| **2.109.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Snappy App Inc** |

Debtor 1  **Wireless Advocates, LLC**                                    Case number *(if known)* _____
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Solarwinds** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Spigen inc**<br>**9975 Toledo Way, # 100**<br>**Irvine, CA 92618** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SPS Commerce Inc**<br>**PO Box 205782**<br>**Dallas, TX 75320-5782** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Square Trade**<br>**600 Harrison St, # 400**<br>**San Francisco, CA 94107** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sterling** |

Case 23-10117-TWD   Doc 157   Filed 04/05/23   Ent. 04/05/23 09:24:19   Pg. 82 of 110

Debtor 1   **Wireless Advocates, LLC**                Case number *(if known)* _____

       First Name           Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.115.** State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Stuart Lee & Associates**
**19011 36th Ave W Ste A**
**Lynnwood, WA 98036**

**2.116.** State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**SXS Mobility LLC**
**136 1st Street**
**Nanuet, NY 10954**

**2.117.** State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Synchronoss Technologies**
**200 Crossing Blvd**
**Bridgewater, NJ 08807**

**2.118.** State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Threshold Communications**

**2.119.** State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Tiny Technologies**
**2100 Geng Td, #220**
**Palo Alto, CA 94303**

Debtor 1    **Wireless Advocates, LLC**
_____
    First Name      Middle Name      Last Name

Case number (*if known*)    _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tranamerica Retirement Service** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **UKG** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ultra Edit** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ultra Mobile** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United Parcel Service** |

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 84 of 110

Debtor 1    **Wireless Advocates, LLC**
 _____    Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unum Life Ins Co of America**<br>**PO Box 406955**<br>**Atlanta, GA 30384** |
| **2.126.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **US Bank Equipment Finance** |
| **2.127.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vanguard Protex Global** |
| **2.128.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **VEAAM** |
| **2.129.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Verizon**<br>**PO Box 64498**<br>**Baltimore, MD 21264** |

Debtor 1  **Wireless Advocates, LLC**
_____  Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.130.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract　_____　**Vision Service**

**2.131.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract　_____　**VM Ware**

**2.132.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract　_____　**Vyond**

**2.133.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract　_____　**Where I Park**

**2.134.** State what the contract or lease is for and the nature of the debtor's interest　**43 printers**

　　State the term remaining　**expires 1-1-2023**

　　List the contract number of any government contract　_____　**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320-2882**

Debtor 1    **Wireless Advocates, LLC**                                   Case number *(if known)* _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Zayo** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ziply Fiber** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ZOHO Corporation** |

**Fill in this information to identify the case:**

Debtor name    **Wireless Advocates, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Car Toys** | **4104 C Street NE, #100**<br>**Auburn, WA 98002**<br>**Guarantor of 400 Fairview** | **400 Fairview** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Wireless Advocates, LLC** |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $591,614,121.00 |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $846,451,476.00 |
   | **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $870,084,217.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **400 Fairview LLC** **Affiliate of Pembroke** **255 State St** **Boston, MA 02109** | 10/3/2022 | $792,177.86 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.2. **Access Information Management** **PO Box 398306** **San Francisco, CA 94139** | 10/07/2022 | $11,381.20 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Aetna** **PO box 804735** **Chicago, IL 60680-4158** | 12/2/2022 | $948,262.31 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Air Plus International, Inc** **PO Box 7247-6064** **Philadelphia, PA 19170** | 10/31/2022 | $112,697.31 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **All Pro Building Maintenance** **PO Box 93** **Kent, WA 98035-0931** | 11/10/2022 | $19,603.92 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Alphagraphics** **3131 Elliott Ave, # 100** **Seattle, WA 98121** | 11/17/2022 | $12,988.67 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Apple Inc** **PO Box 846095** **Dallas, TX 75284** | 11/17/2022 | $600,536.57 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Army & Air Force Exchange Services** **PO Box 660792** **Dallas, TX 75266** | 11/18/2022 | $147,217.39 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor **Wireless Advocates, LLC**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **AT & T**<br>12525 Cingular Way<br>Alpharetta, GA 30004 | 10/21/2022 | $781,147.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **AT & T Mobility**<br>PO Box 6416<br>Carol Stream, IL 60197 | 9/15/2022 | $19,931.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Avalera**<br>Dept CH 16781<br>Palatine, IL 60055 | 10/31/2022 | $1,098,539.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Azita Akhari**<br>1026 Fountainhead<br>Irvine, CA 92618 | 10/20/2022 | $28,205.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Lawsuit** |
| 3.13. **Beacon Hill Staffing Group LLC**<br>PO Box 846193<br>Boston, MA 02284 | 10/7/2022 | $90,634.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Benefit Elect Inc**<br>855 SW Yates Drive, # 202<br>Bend, OR 97702 | 10/07/2022 | $14,254.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Birasoft Inc**<br>399 Thornall St<br>Edison, NJ 08837 | 10/7/2022 | $514,229.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Brightpoint North America LP**<br>PO Box 775869<br>Chicago, IL 60677-5869 | 09/12/2022 | $18,505,811.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Wireless Advocates, LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. | **Century Link**<br>**PO Box 91155**<br>**Seattle, WA 98111-9255** | **12/02/2022** | **$63,524.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Charisa DF Corp LLC**<br>**1201 Tukwila Intern't Bl, #410**<br>**Seattle, WA 98168** | **11/25/2022** | **$44,860.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **CNA Insurance**<br>**23453 Network Place**<br>**Chicago, IL 60673** | **09/22/2022** | **$50,087.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Costco Wholesale Inc**<br>**Attn: Andy Loveless**<br>**999 Lake Drive**<br>**Issaquah, WA 98027** | **11/17/2022** | **$10,060.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **CT Corporation**<br>**PO Box 4349**<br>**Carol Stream, IL 60197** | **11/10/2022** | **$27,576.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **Department Labor & Industries**<br>**PO Box 24106**<br>**Seattle, WA 98124** | **10/31/2022** | **$18,662.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **Enterprise Rent-A-Car Kansas City**<br>**PO Box 840173**<br>**Kansas City, MO 64184** | **11/17/2022** | **$74,030.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **Epic Builders**<br>**2000 Wadsworth Blvd. #1**<br>**Denver, CO 80214** | **11/10/2022** | **$55,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Wireless Advocates, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Fortitude Technology** | 10/07/2022 | $16,380.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Franchise Tax Board**<br>**PO Box 942867**<br>**Sacramento, CA 94267** | 10/31/2022 | $11,790.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |
| 3.27. **Ingram Micro Inc**<br>**PO Box 775869**<br>**Chicago, IL 60677** | 11/17/2022 | $88,789.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **IQmetrix USA Inc**<br>**Dept CH 16677**<br>**Palatine, IL 60055** | 10/20/2022 | $385,268.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Ivanti Inc**<br>**LB410036**<br>**PO Box 35146**<br>**Seattle, WA 98124** | 11/10/2022 | $30,813.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **JML Law APLC**<br>**5855 Topanga Canyon Blvd, # 300**<br>**Woodland Hills, CA 91367** | 10/20/2022 | $46,685.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Karr Tuttle Campbell**<br>**701 Fifth Avenue**<br>**Seattle, WA 98104** | 11/17/2022 | $237,492.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **King County Finance**<br>**500 Fourth Avenue**<br>**Seattle, WA 98104** | 12/02/2022 | $45,252.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |

Debtor    **Wireless Advocates, LLC**       Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.33. | **Legacy Support Services**<br>300 S 13th St<br>Waco, TX 76701 | 11/25/2022 | $57,893.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **Level 3 Communications**<br>PO Box 910182<br>Denver, CO 80291 | 11/23/2022 | $41,399.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | **Littler Mendel PC**<br>PO Box 207137<br>Dallas, TX 75320-7137 | 11/17/2022 | $347,550.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.36. | **Marine Corps**<br>PO Box 277160<br>Atlanta, GA 30384 | 11/18/2022 | $46,922.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | **Marsh USA Inc**<br>PO Box 846015<br>Dallas, TX 75284 | 12/02/2022 | $1,314,016.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | **MCS Life insurance Company**<br>MCS Plaza 9th Floor<br>San Juan, PR 00917 | 11/18/2022 | $11,065.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39. | **Microsoft Corporation**<br>190 N Stemmons Fwy<br>#5010LB, #842467<br>Dallas, TX 75207 | 11/10/2022 | $365,513.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. | **Navex Global Inc**<br>5500 Meadows Road, Suite 500<br>Lake Oswego, OR 97035 | 11/10/2022 | $20,659.67 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Wireless Advocates, LLC** _____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **Navia Benefit Solutions**<br>PO Box 35193<br>Seattle, WA 98124-5193 | 10/31/2022 | $42,538.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.42. **Nexcom**<br>3280 Virginia Beach Blvd<br>Virginia Beach, VA 23452 | 11/18/2022 | $62,510.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **Office Depot Inc**<br>PO Box 29248<br>Phoenix, AZ 85038 | 11/17/2022 | $71,213.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. **OnQ Solutions**<br>24540 Clawiter Rd<br>Hayward, CA 94545 | 10/07/2022 | $15,007.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. **Payflex Systems USA Inc**<br>PO Box 2239<br>Omaha, NE 68103-2239 | 10/31/2022 | $46,402.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.46. **QBSI-Xerox**<br>PO Box 936793<br>Atlanta, GA 31193-6793 | 11/17/2022 | $216,452.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. **Red Dot**<br>4590 MacArthur Blvd #500<br>Newport Beach, CA 92660 | 11/18/2022 | $51,691.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. **RR Donnelley**<br>7810 Solution Center<br>Chicago, IL 60677 | 11/17/2022 | $45,946.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Wireless Advocates, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49<br>**Smith Bunday Berman Britton PS**<br>**11808 Northrup Way, Suite 240**<br>**Bellevue, WA 98005** | 12/05/2022 | $332,537.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.50<br>**SPS Commerce**<br>**PO Box 205782**<br>**Dallas, TX 75320-5782** | 12/02/2022 | $9,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51<br>**Stuart Lee & Associates**<br>**19011 36th Ave W, Ste A**<br>**Lynnwood, WA 98036** | 11/23/2022 | $4,764,741.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52<br>**TalentWise Inc**<br>**PO Box 102255**<br>**Pasadena, CA 91189-2255** | 11/25/2022 | $33,304.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53<br>**Threshold Communications**<br>**PO Box 84172**<br>**Seattle, WA 98124-5472** | 11/10/2022 | $114,278.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54<br>**T-Mobile**<br>**PO Box 94503**<br>**Seattle, WA 98124-6803** | 11/25/2022 | $5,733,658.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55<br>**Transamerica Retirement Services**<br>**PO Box 13029**<br>**New York, NY 10087-3002** | 10/31/2022 | $461,462.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.56<br>**United Parcel Service**<br>**PO Box 809488**<br>**Chicago, IL 60680-9488** | 12/02/2022 | $93,520.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor __Wireless Advocates, LLC__                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.57. __Unum Life Insurance company of America__ <br>__PO Box 406955__ <br>__Atlanta, GA 30384__ | 11/25/2022 | $53,945.75 | ☐ Secured debt <br>☐ Unsecured loan repayments <br>☐ Suppliers or vendors <br>■ Services <br>☐ Other___ |
| 3.58. __US Bank Equipment Finance__ <br>__PO Box 790488__ <br>__Saint Louis, MO 63179-0448__ | 12/02/2022 | $48,159.41 | ☐ Secured debt <br>■ Unsecured loan repayments <br>☐ Suppliers or vendors <br>☐ Services <br>☐ Other___ |
| 3.59. __Verizon__ <br>__PO Box 64498__ <br>__Baltimore, MD 21264__ | 11/17/2022 | $29,189,668.52 | ☐ Secured debt <br>☐ Unsecured loan repayments <br>■ Suppliers or vendors <br>☐ Services <br>☐ Other___ |
| 3.60. __Vision Service Plan__ <br>__PO Box 742430__ <br>__Los Angeles, CA 90074__ | 12/02/2022 | $22,421.57 | ☐ Secured debt <br>☐ Unsecured loan repayments <br>☐ Suppliers or vendors <br>■ Services <br>☐ Other___ |

4. __Payments or other transfers of property made within 1 year before filing this case that benefited any insider__

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. __Car Toys Inc__ <br>__4104 C Street NE, #100__ <br>__Auburn, WA 98002__ <br>__Majority Owner__ | 08/08/2022; 12/02/2022; | $4,107,491.75 | __Intercompany repayment__ |
| 4.2. __Carol Olsby__ <br>__18615 NE 194th Street__ <br>__Woodinville, WA 98077__ <br>__Board Director__ | 03/03/2022; 12/02/2022 | $5,250.00 | __Board Fees__ |
| 4.3. __Geevy Thomas__ <br>__11045 Arroyo Beach Pl SW__ <br>__Seattle, WA 98146__ <br>__Board of Director__ | 03/03/2022; 05/26/2022; 12/02/2022 | $7,000.00 | __Board Fees__ |
| 4.4. __Kimberly Nelson__ <br>__2036 218th Place NE__ <br>__Sammamish, WA 98074__ <br>__CFO__ | 12/10/2021 to 12/06/2022 | $1.00 | __Forfeiture of Wireless Advocaes units;__ |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.  **Marc Evanger** **4624 194th Ave SE** **Issaquah, WA 98027** **Board of Director** | 03/03/2022; 05/26/2022; 12/02/2022; 01/05/2023 | **$12,500.00** | **Board Fees** |
| 4.6.  **Dan Brettler** **414 55th Ave NE** **Seattle, WA 98105** **Board of Director** | 12/10/2012 to 01/23/23 | **$1,219,135.61** | **Partial repayment Loan; Expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Caludia Alvarez v Wireless Advocates LLC; Car Toys Inc; Crysta Miranda** **21STCV21352** | **Disability discrimination** | **Los Angeles Superior Court CA** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  **Levi, Daniel v Wireless Advocates, LLC and Costco Wholesale Corp** **N/A** | | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.  **Alfreda Lewis v Wireless Advocates LLC** **N/A** | **Labor Code Violation** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4.  **Gonzalez, Denise v Car Toys, Wireless Advocates** **N/A** | **Sexual Harassment** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5.  **Basil Ali v Wireless Advocates** **N/A** | **Request for payroll and personnel records** | | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Wireless Advocates, LLC**            Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | Luis Nuno v Wireless Advocates<br>20STCV22689 | PAGA- Putative class action; failure topay min wages; failure pay O/T | JAMS Arbitration CA<br>CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Ruben Luna v Car Toys, inc Wireless Advocates<br>21PSCV01029 | Violation Labor Law | Los Angeles Superior Court<br>CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Piper Smith v Wireless Advocates<br>1240024427 | Sex Gender identity discrim; sexual harassment; wrongful term; negligent trainingl failure to accomodate | JAMS Arbitration CA<br>CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Dominic Carratt v Wireless Advocates<br>1220072038 | Disability discrimination; Failure to accomodate | JAMS Arbitration CA<br>CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Azita Akhtari v Wireless Advocates<br>1220072035 | Disability discrimination; failure to accomodate | JAMS Arbitration<br>CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Dallas, Clark, et al. v Wireless Advocates<br>RG20062021 | Wage & Hour | Alameda Supior Court<br>CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Perez v Wireless Advocate, LLC<br>3:22-cv-00412 | Class Action | US District Court Southern District Texa<br>1701 US-83 BUS<br>McAllen, TX 78501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Tylt, Inc v Wireless Advocates<br>20-2-07407-SEA | Breach of Contract | King County Superior Court<br>516 3rd Ave Room W382<br>Seattle, WA 98104 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | Wireless Advocates v Varilese Finance, Inc<br>2021-186474-CB | Breach of Contract | Oakland County Circuit Court,Michigan<br>1200 N Telegraph<br>Pontiac, MI 48341 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

Debtor   **Wireless Advocates, LLC**

Case number *(if known)*

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Pending Loss Run Report from insurance Company** | | | $0.00 |

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments or transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 10-06-22  $ 141,690.90<br>11-17-22  $ 35,559.29<br>12-05-22 $60,241.99 | |
| | **Karr Tuttle<br>701 5th Ave #3300<br>Seattle, WA 98104** | | Wire | $237,492.18 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Case 23-10117-TWD    Doc 157    Filed 04/05/23    Ent. 04/05/23 09:24:19    Pg. 100 of 110

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Phone Contracts maintained with a Private Policy**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **Wireless Advocates, LLC**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **AmeriiCU**<br>**1916 Black Rive Blvd**<br>**Rome, NY 13440** | **XXXX-0820** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/16/2023** | **$0.00** |
| 18.2. | **Armed Forces**<br>**320 Kansas Ave**<br>**Fort Leavenworth, KS 66027** | **XXXX-2932** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/16/2023** | **$0.00** |
| 18.3. | **Banco Popular Carr**<br>**155 Km 24.5,**<br>**Orocovis,**<br>**00720 Puerco Rico** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/08/2023** | **$0.00** |
| 18.4. | **First National Bank of Alaska**<br>**PO Box 100720**<br>**Anchorage, AK 99510** | **XXXX-9056** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/16/2023** | **$0.00** |
| 18.5. | **First Hero's National Bank**<br>**PO Box 5000**<br>**Fort Hood, TX 76540** | **XXXX-6700** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/16/2023** | **$0.00** |
| 18.6. | **Sabine Bank** | **XXXX-3107** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |
| 18.7. | **Heritage Bank**<br>**PO Box 1009**<br>**Hinesville, GA 31310** | **XXXX-2018** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/16/2023** | **$0.00** |
| 18.8. | **Broadway Bank**<br>**PO Box 17001**<br>**San Antonio, TX 78217** | **XXXX-2705** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/14/2023** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.9. | **Community Bank**<br>**14215 Fm 2920 Rd**<br>**Tomball, TX 77377** | **XXXX-8145** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **03/14/2023** | **$0.00** |
| 18.10. | **Front Wave Bank**<br>**1278 Rocky point Dr**<br>**Oceanside, CA 92056** | **XXXX-4709** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **03/14/2023** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Access Storage**<br>**PO Box 398306**<br>**San Francisco, CA 94139** | **Michelle  Simon and Nancy Webb** | **Business records, Human resource records, accounting, customer files, vendor files, purchasing records** | ☐ No<br>■ Yes |
| **Car Toys Distribution Center**<br>**4104 C St NE, # 100**<br>**Auburn, WA 98002** | **Alex Britt Manager & Staff** | **Military Inventory** | ☐ No<br>■ Yes |
| **Ingram Location**<br>**145000 FAA Blv, # 100**<br>**Fort Worth, TX 76155** | **Alex Britt Manager & Staff** | **Reverse Inventory** | ☐ No<br>■ Yes |
| **Ingram**<br>**501 Airtech Pkwy**<br>**Plainfield, IN 46168** | **Alex Britt Manager & Staff** | **Forward Inventory** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor  **Wireless Advocates, LLC** _____  Case number *(if known)* _____

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Smith Bunday Berman Britton PS** **11808 Northup Way w240** **Bellevue, WA 98005** | **Current** |
| 26a.2.  **Clark Nuber PS** **0900 NE 4th St Unit 1400** **Bellevue, WA 98004** | **Current** |

Debtor  **Wireless Advocates, LLC**
_____   Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Clark Nuber PS**<br>**10900 NE 4th, Unit 1400**<br>**Bellevue, WA 98004** | **2014- current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **The Stapleton Group**<br>**515 Flower St**<br>**Los Angeles, CA 90071** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Costco- (Of Costco channel within P & L)**<br>**999 LakeDr**<br>**Issaquah, WA 98027** |
| 26d.2. **Clark Nuber- Auditing Group**<br>**10900 NE 4th Unit 1400**<br>**Bellevue, WA 98004** |
| 26d.3. **Smith Bundy Berman Britton PS**<br>**11808 Northrup Way, # 240**<br>**Bellevue, WA 98005** |
| 26d.4. **Karr Tuttle Campbell**<br>**701 Fifth Ave, # 3300**<br>**Seattle, WA 98104** |
| 26d.5. **BMO Capital**<br>**142 5th Ave**<br>**Seattle, WA 98101** |
| 26d.6. **Marsh**<br>**1301 5th Ave,# 1900**<br>**Seattle, WA 98101** |
| 26d.7. **US Bank**<br>**One US Bank Plaza St Louis**<br>**505 N 7th St**<br>**Saint Louis, MO 63101** |
| 26d.8. **US Bank**<br>**10800 NE 8th St, #1000**<br>**Bellevue, WA 98004** |

Debtor **Wireless Advocates, LLC**                          Case number *(if known)* _____

| Name and address |
|---|

**26d.9.**  **Amerivon Holdings, inc**
2815 Townsgate Road, #255
Attn: Jeff Pritle
Westlake Village, CA 91361

**26d.10.**  **Marc Evanger**
4624 194th Ave SE
Issaquah, WA 98027

**26d.11.**  **Geevy Thomas**
11045 Arroyo Beach Pl SW
Seattle, WA 98146

**26d.12.**  **Robert Anderson**
125 Lake Avenue West
Kirkland, WA 98033

**26d.13.**  **Jeff Pirtle**
660 Oak Tree Court
Simi Valley, CA 93065

**26d.14.**  **Moss Adams**
PO Box 101822
Pasadena, CA 91189-1822

**26d.15.**  **The Stapleton Group**
515 Flower St
Los Angeles, CA 90071

**26d.16.**  **Verizon**
PO Box 64498
Baltimore, MD 21264

**26d.17.**  **T-Mobile**
PO Box 94503
Seattle, WA 98124-6803

**26d.18.**  **At & T**
12525 Cingular Way
Alpharetta, GA 30004

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
■  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Barb Erni** | **01/2022** | **$15,047,672.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Clark Nuber PS**
10900 NE 4th St Unit 1400
Bellevue, WA 98004 |

Debtor  **Wireless Advocates, LLC**                    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.2 **Jon Visser- Inventory Acct Mgr** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Clark Nuber PS**<br>**10900 NE 4th St Unit 1400**<br>**Bellevue, WA 98004** |

27.3 **Anna Yogan- Sr Director operations& Annual Physicals**

| Name and address of the person who has possession of inventory records |
|---|
| **Clark Nuber PS**<br>**10900 NE 4th St Unit 1400**<br>**Bellevue, WA 98004** |

27.4 **Clark Nuber**

| Name and address of the person who has possession of inventory records |
|---|
| **Clark Nuber PS**<br>**10900 NE 4th St Unit 1400**<br>**Bellevue, WA 98004** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Car Toys, Inc** | **4104 C Street NE, #100**<br>**Auburn, WA 98002** | **Shareholder** | **67.85** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dan Brettler** | **4124 55th Avenue NE**<br>**Seattle, WA 98105** | **CEO; Chairman** | **7.95** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kim Nelson** | **2036 218th Place NE**<br>**Sammamish, WA 98074** | **CFO** | **10-2016 through 11-2022** |

Debtor    **Wireless Advocates, LLC**                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Amerivon Holdings, Inc** | **2815 Townsgate Road, # 225 Attn: Jeff Pirtle Westlake Village, CA 91361** | **Director & Partner** | **2004-2022** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Marc Evanger** | **4624 194th Ave SE Issaquah, WA 98027** | **Director** | **2004-2022** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Geevy Thomas** | **11045 Arroyo Beach Pl SW Seattle, WA 98146** | **Director** | **2004-2022** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Robert Anderson** | **125 Lake Avenue West Kirkland, WA 98033** | **Director** | **2004-2022** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jeff Pirtle** | **660 Oak Tree Court Simi Valley, CA 93065** | **Director** | **2004-2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor **Wireless Advocates, LLC**      Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dan Brettler**<br>**4124 5th St NE**<br>**Seattle, WA 98105** | **$458,906.28** | **2/06/2022; 12/10/2021, 12/23/2021; 01/07/2022; 01/21/2022; 02/04/2022; 02/18/2022; 03/04/2022; 03/18/2022; 04/01/2022; 04/15/2022; 04/29/2022; 05/13/2022; 05/27/2022; 06/10/2022; 06/24/2022; 07/08/2022; 07/22/2022; 08/05/2022; 08/19/2022;09/02/2022; 09/16/2022; 09/30/2022; 10/14/2022; 10/28/2022; 11/10/2022; 11/25/2022; 12/06/2022;12/07/2022;** | **Partial repayment of loan; payroll, expenses, Bonus** |
| | **Relationship to debtor**<br>**CEO; Chariman** | | | |
| 30.2. | **Kimberly Nelson**<br>**2036 218th place NE**<br>**Sammamish, WA 98074** | **$852,175.81** | **10/10/2021 through 12/07/2022** | **Forfeiture of Wireless Advocates unit awards; Wages, Bonus** |
| | **Relationship to debtor**<br>**CFO** | | | |
| 30.3. | **Cars Toys Inc**<br>**4104 C Street, NE, #100**<br>**Auburn, WA 98002** | **$4,107,494.75** | **02/02/2023; 08/08/2022; 12/06/2022** | **Expenses; Intercompany payback; WA paid to true up intercompany Q3** |
| | **Relationship to debtor**<br>**Majority Owner** | | | |
| 30.4. | **Carol Olsby**<br>**18615 NE 19th Street**<br>**Woodinville, WA 98077** | **$5250.00** | **03/03/2022; 12/02/2022** | **Board Member fee** |
| | **Relationship to debtor**<br>**Director** | | | |

Debtor  **Wireless Advocates, LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 | **Geevy Thomas**<br>**11045 Arrroyo Beach PL SW**<br>**Seattle, WA 98146** | $8000.00 | 03/03/2022;<br>05/26/2022;<br>12/02/2022 | Board Member fee |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.6 | **Marc Evanger**<br>**4624 194th Avenue SE**<br>**Issaquah, WA 98027** | $12,500.00 | 03/03/2022;<br>05/26/2022;<br>01/05/2023 | Board Member fee |
| | **Relationship to debtor**<br>**Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  4, 2023**

**/s/ Dan Brettler**                                         **Dan Brettler**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes