Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Timothy W. Dore
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC

                Debtor.

Case No. 23-10117-TWD

**STIPULATION AUTHORIZING ADEQUATE PROTECTION AND USE OF CASH COLLATERAL PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE**

## I.    INTRODUCTION

This *Stipulation Authorizing Adequate Protection and Use of Cash Collateral Pursuant to Sections 361 and 363 of the Bankruptcy Code* (the "Stipulation") is made and entered into by Virginia Burdette, as Chapter 7 Trustee for Wireless Advocates, LLC (the "Trustee") and Daniel E. Brettler ("Brettler"). The Trustee and Brettler are collectively referred to herein as the "Parties."

## II.    RECITALS

A.    Wireless Advocates, LLC (the "Debtor") was a provider of wireless products and services both online and in retail locations. The Debtor's business included selling phones and services for AT&T, T-Mobile, and Verizon via kiosks in retail locations such as Costco, and on military bases at various locations across the country. Brettler was the CEO of the Debtor since the Debtor began operations in 2004.

STIPULATION FOR USE OF CASH COLLATERAL- 1
506623274.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD   Doc 176   Filed 04/14/23   Ent. 04/14/23 15:17:02   Pg. 1 of 6

B.	On January 23, 2023, certain petitioning creditors filed an involuntary bankruptcy petition against Wireless Advocates, LLC (the "Debtor"), under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"), commencing this chapter 7 bankruptcy case (the "Bankruptcy Case"). An order for relief was entered on February 27, 2023.

C.	The Trustee was appointed as the interim trustee of the Debtor pursuant to Section 701 of the Bankruptcy Code and later became the Trustee pursuant to 11 U.S.C. § 702. The Trustee intends to file one or more motions from time to time to authorize her to pay certain allowed administrative expenses (including without limitation certain administrative expenses incurred in the Debtor's certain pending King County Superior Court receivership case, Case No. 22-2-20145-2 SEA, the "Receivership Case") which are allowed under 11 U.S.C. §§503(b) and 543(b) (collectively, the "Allowed Administrative Expenses"), from funds of the estate pursuant to 11 U.S.C. §§ 363(b).

D.	Brettler asserts that he made one or more personal pre-petition secured loans to the Debtor pursuant to the terms of, and as evidenced in part by, the Junior Secured Loan Agreement dated December 1, 2022 between the Debtor and Brettler (the "Brettler Loan Agreement"), and the Junior Secured Line of Credit Note dated December 1, 2022 (the "Brettler Note").

E.	Brettler asserts that the Debtor's obligations to him (including but not limited to the Debtor's obligations under the Brettler Loan Documents, as defined below, the "Brettler Secured Claim") are secured by the Brettler Security Agreement dated December 1, 2022 (the "Brettler Security Agreement"), which grants first priority, valid and perfected security interests (the "Brettler Security Interests") to Brettler in substantially all of the Debtor's assets (the "Collateral"), including all of the Debtor's cash on hand and cash proceeds (the "Cash Collateral"). Brettler further asserts that he perfected his security interests in the Debtor's Collateral by filing a UCC-1 financing statement (the "Brettler Financing Statement") on or about August 15, 2022. The Brettler Loan

STIPULATION FOR USE OF CASH COLLATERAL- 2
506623274.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 176    Filed 04/14/23    Ent. 04/14/23 15:17:02    Pg. 2 of 6

Agreement, the Brettler Note, the Brettler Security Agreement and the Brettler Financing Statement are collectively referred to as the "Brettler Loan Documents".

F. Brettler asserts that under the Brettler Loan Documents, the Debtor owes him $4,954,607.00 in principal (the "Brettler Principal") plus accrued and accruing interest of at least 8% per annum (the "Brettler Accrued Interest"), attorneys' fees and costs.

G. As of the date of this Stipulation, there are no other parties that have asserted an interest in the Debtor's Cash Collateral.

H. The schedules of assets and liabilities of the Debtor indicate that the Debtor has Cash Collateral substantially exceeding the current value of the Brettler Security Interests, together with various other accounts receivable, inventory and other Collateral which are as yet unliquidated. The Trustee therefore asserts that any interest that Brettler has in the Debtor's Cash Collateral she proposes to use pursuant to this Stipulation is adequately protected by the sizeable equity cushion existing in the Debtor's Cash Collateral (the "Cash Collateral Equity Cushion").

I. The Trustee has an immediate and ongoing need to use the Debtor's Cash Collateral, in order to pay Allowed Administrative Expenses arising from the administration of the Bankruptcy Case and/or the Receivership Case and in order to preserve and maximize the value of the assets of the Debtor's bankruptcy estate. The Trustee believes that the terms set forth herein are in the best interests of the bankruptcy estate and are essential and appropriate to avoid immediate harm to the bankruptcy estate, assets, and employees.

J. The Parties have agreed to the following Stipulation, as well as the form of the proposed order approving such Stipulation (the "Order"), which upon entry by the Bankruptcy Court authorizes the Trustee to use Cash Collateral to pay Allowed Administrative Expenses, subject to the terms of this Stipulation.

### III. STIPULATION

NOW THEREFORE, subject to Bankruptcy Court approval by entering the Order submitted in connection with this Stipulation, the Parties hereby STIPULATE AS FOLLOWS:

STIPULATION FOR USE OF CASH COLLATERAL- 3
506623274.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 176    Filed 04/14/23    Ent. 04/14/23 15:17:02    Pg. 3 of 6

1. Brettler consents to the Trustee's use of Cash Collateral to pay Allowed Administrative Expenses, provided that the Trustee shall notify Brettler if she seeks allowance and payment of Allowed Administrative Costs which would deplete the level of cash collateral below $5.5 million and in the event of such notice, nothing in this Stipulation or Order shall preclude Brettler from objecting to such proposed payment from cash collateral based upon lack of adequate protection or any other legal or equitable grounds.

2. In the event the Trustee identifies any Cash Collateral proceeds of Collateral subject to any competing secured claims, such Cash Collateral shall be held in a separate, segregated account, subject to Brettler's and any such competing alleged secured party's liens.

3. The Parties agree that the Brettler Security Interests are currently adequately protected by the Collateral Equity Cushion. Nothing in this Stipulation and the Order, however, shall preclude Brettler from filing an adversary proceeding seeking a determination of his secured status pursuant to Section 506(a) or to rescind his consent to the Trustee's use of Cash Collateral, upon a duly noted motion and upon a showing of an actual lack of adequate protection for the Brettler Security Interests despite the terms of this Stipulation and the Order.

4. The Court shall retain jurisdiction to determine, allow and direct payment of any amounts claimed by Brettler as part of his Brettler Secured Claim, including without limitation, any claimed default rate interest or the reimbursement of Brettler's attorneys' fees and costs.

5. Nothing in this Stipulation shall prejudice the rights of the Trustee or any other party-in-interest, with respect to the Brettler Secured Claim, including in relation to (i) the validity, extent, priority, or perfection of Brettler's asserted security interests and liens in the Debtor's assets, (ii) the validity, allowance, priority, or amount of any of the obligations that Brettler asserts are owed to him by the Debtor, including under the Brettler Loan Documents.

6. This Stipulation and proposed Order are without prejudice to, and nothing contained herein constitutes or shall be deemed a waiver (expressly or implicitly) by the Trustee of, any rights,

STIPULATION FOR USE OF CASH COLLATERAL- 4
506623274.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 176    Filed 04/14/23    Ent. 04/14/23 15:17:02    Pg. 4 of 6

claims, or defenses that the Trustee may have against Brettler or any other party-in-interest in this chapter 7 case or otherwise. For his part, Brettler reserves any and all claims or rights he may hold against the WA estate, not inconsistent with the foregoing, including without limitation his right to seek additional adequate protection or an order of the Bankruptcy Court for allowance and payment of the Brettler Secured Claim.

7. The Parties certify that this Stipulation complies with the Guidelines for Cash Collateral and Financing Stipulations set forth in Appendix A to the Local Bankruptcy Rules, and that no provisions described in Part A of such guidelines are contained in this Stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 14th day of April, 2023.

K&L GATES LLP

/s/ Michael J. Gearin
Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
       brian.peterson@klgates.com
       ruby.nagamine@klgates.com

*Attorneys for Virginia Burdette, Chapter 7 Trustee*

KARR TUTTLE CAMPBELL

/s/ Bruce W. Leaverton
Bruce W. Leaverton, WSBA # 15329
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313
Email: bleaverton@karrtuttle.com

*Attorneys for Daniel Brettler*

STIPULATION FOR USE OF CASH COLLATERAL- 5
506623274.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 176    Filed 04/14/23    Ent. 04/14/23 15:17:02    Pg. 5 of 6

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on April 14, 2023, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 14th day of April, 2023 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

STIPULATION FOR USE OF CASH COLLATERAL- 6
506623274.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 176    Filed 04/14/23    Ent. 04/14/23 15:17:02    Pg. 6 of 6