Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Timothy W. Dore
Chapter 7
Hearing Location: Seattle, Rm. 8106
Hearing Date: April 28, 2023
Hearing Time: 9:30 a.m.
Response Date: April 21, 2023

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC

Debtor.

Case No. 23-10117-TWD

**REPLY IN SUPPORT OF MOTION TO APPROVE STIPULATION AND AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

Virginia Burdette, Chapter 7 Trustee (the "Trustee") for Wireless Advocates, LLC (the "Debtor"), submits this Reply in Support of the Motion to Approve Stipulation and Authorize Use of Cash Collateral Pursuant to Sections 361 and 363 of the Bankruptcy Code and Granting Related Relief (the "Motion") (Dkt. 177). In support of this Reply, the Trustee respectfully states as follows:

### I. REPLY

Costco Wholesale Corporation filed a Limited Response to the Motion at Dkt. 192. Costco suggests certain language should be included in the form of the order approving the Stipulation presumably intending to clarify that the Trustee is not releasing avoidance action or subordination claims. The language requested in Costco's order is consistent with the terms of the Stipulation. Paragraph 6 of the Stipulation states:

REPLY IN SUPPORT OF MOTION TO APPROVE
STIPULATION AND AUTHORIZE USE OF
CASH COLLATERAL- 1
506644978.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 206    Filed 04/25/23    Ent. 04/25/23 10:54:55    Pg. 1 of 3

This Stipulation and proposed Order are without prejudice to, and nothing contained herein constitutes or shall be deemed a waiver (expressly or implicitly) by the Trustee of, any rights, claims, or defenses that the Trustee may have against Brettler or any other party-in-interest in this chapter 7 case or otherwise.

This language is clear: The Trustee is reserving any claims, including avoidance claims, subordination claims, **any claims.** The Trustee is open to the Court's revision of the proposed form of order consistent with this understanding.

## II. CONCLUSION

The Trustee respectfully requests that the Court grant her Motion and enter an order approving the Stipulation and authorizing the Trustee to use cash collateral as set forth in the Stipulation and grant such further relief as may be just and proper.

Dated this 25th day of April, 2023.

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
       brian.peterson@klgates.com
       ruby.nagamine@klgates.com

*Attorneys for Virginia Burdette, Chapter 7 Trustee*

REPLY IN SUPPORT OF MOTION TO APPROVE
STIPULATION AND AUTHORIZE USE OF
CASH COLLATERAL- 2
506644978.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 206    Filed 04/25/23    Ent. 04/25/23 10:54:55    Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on April 25, 2023, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 25th day of April, 2023 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

REPLY IN SUPPORT OF MOTION TO APPROVE STIPULATION AND AUTHORIZE USE OF CASH COLLATERAL- 3
506644978.1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 206    Filed 04/25/23    Ent. 04/25/23 10:54:55    Pg. 3 of 3