**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>WIRELESS ADVOCATES, LLC,<br><br>                Debtor. | Bankr. No. 23-10117-TWD<br><br>Order Approving Stipulation and Granting the Army & Air Force Exchange Service Relief from the Automatic Stay under Section 362(d) and Abandonment of Property |

This matter came before the Court on the *Stipulation to Relieve the Army & Air Force Exchange Service from the Automatic Stay under Section 362(d) and for Abandonment of Property*, [ECF No. 238] (the Stipulation),[1] entered between Virginia Burdette, as Chapter 7 Trustee for the Debtor (Trustee) and creditor Army & Air Force Exchange Service (AAFES), and AAFES' Motion to Approve that Stipulation. ECF No. 239 (the Motion). For the reasons stated in the Stipulation and Motion, the Court finds good cause to approve the Stipulation, and grant the relief from the

---

[1] Capitalized terms used but not defined in this Order have the meaning given to them in the Stipulation.

ORDER APPROVING STIPULATION AND GRANTING AAFES RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d) AND ABANDONMENT OF PROPERTY - 1
(B23-10117-TWD)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 23-10117-TWD    Doc 254    Filed 06/06/23    Ent. 06/06/23 13:44:41    Pg. 1 of 3

automatic stay and abandonment of property that AAFES seeks in its Motion. Accordingly, the Court ORDERS AS FOLLOWS:

1) The Motion is granted and the Stipulation is approved;

2) The Abandoned Property shall be deemed abandoned pursuant to 11 U.S.C. § 554(b) as of January 25, 2023;

3) AAFES is granted relief from the automatic stay for cause under 11 U.S.C. § 362(d)(1), to permit AAFES to take possession of, remove from the military stores covered by the Contract, and dispose of by sale or otherwise, the Abandoned Property;

4) Except for the abandonment and relief from the automatic stay expressly granted herein, the Stipulation and this Order are without prejudice to and shall not be deemed to waive (expressly or impliedly) any rights, claims, or defenses that the Trustee or AAFES may have against each other or any other interested party in this Chapter 7 case or otherwise; and

5) This order is effective and immediately enforceable upon its entry by the Clerk of Court notwithstanding any potential application of Bankruptcy Rules 4001(a)(3), 6004(h), or 7062 or otherwise, and shall not be stayed absent an application by a party in interest for a stay in conformance with Bankruptcy Rule 8007, and a hearing upon notice.

//END OF ORDER//

Presented by:

NICHOLAS W. BROWN
United States Attorney

*s/ Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
United States Attorney's Office

ORDER APPROVING STIPULATION AND GRANTING AAFES RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d) AND ABANDONMENT OF PROPERTY - 2
(B23-10117-TWD)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 23-10117-TWD    Doc 254    Filed 06/06/23    Ent. 06/06/23 13:44:41    Pg. 2 of 3

700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
E-mail: kyle.forsyth@usdoj.gov

*Attorneys for AAFES*

ORDER APPROVING STIPULATION AND GRANTING AAFES RELIEF
FROM THE AUTOMATIC STAY UNDER SECTION 362(d) AND
ABANDONMENT OF PROPERTY - 3
(B23-10117-TWD)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 23-10117-TWD    Doc 254    Filed 06/06/23    Ent. 06/06/23 13:44:41    Pg. 3 of 3