| | |
|---|---|
| Michael J. Gearin, WSBA #20982<br>Brian T. Peterson, WSBA #42088<br>Ruby A. Nagamine, WSBA #55620<br>Peter A. Talevich, WSBA #42644<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Timothy W. Dore<br>Chapter 7 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>WIRELESS ADVOCATES, LLC<br><br>                    Debtor. | Case No. 23-10117-TWD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that SHELBY R. STONER of the firm K&L GATES LLP hereby enters her appearance and joins Michael J. Gearin, Brian T. Peterson, Ruby A. Nagamine, and Peter A. Talevich as counsel for Virginia Burdette (the "Trustee"), Chapter 7 Trustee of Wireless Advocates LLC in the above-referenced adversary proceeding and requests that all notices, pleadings, and informational filings sent to any person or entity in connection with this adversary proceeding subsequent to the filing of this Request, including all notices sent pursuant to Bankruptcy Rule 2002, be sent to the undersigned attorneys for the Trustee.

DATED this 21st day of August, 2023.

NOTICE OF APPEARANCE - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 320    Filed 08/21/23    Ent. 08/21/23 13:51:21    Pg. 1 of 3

| | |
|---|---|
| 1 | K&L Gates LLP |
| 2 | |
| 3 | */s/ Shelby R. Stoner*<br>Shelby R. Stoner, WSBA #52837<br>925 Fourth Avenue, Suite 2900 |
| 4 | Seattle, WA 98104-1158<br>Telephone: (206) 623-7580 |
| 5 | Email: shelby.stoner@klgates.com |
| 6 | *Attorneys for Virginia Burdette, Chapter 7 Trustee* |

NOTICE OF APPEARANCE - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 320    Filed 08/21/23    Ent. 08/21/23 13:51:21    Pg. 2 of 3

## CERTIFICATE OF SERVICE

I hereby certified that on August 21st, 2023, I caused the foregoing document to be filed electronically through the CM/ECF system, which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 21st day of August, 2023 at Seattle, Washington.

/s/ *Abigail D. Belscher*
Abigail D. Belscher

NOTICE OF APPEARANCE - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 320    Filed 08/21/23    Ent. 08/21/23 13:51:21    Pg. 3 of 3