Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
(206) 623-7580

Honorable Timothy W. Dore
Chapter 7
Hearing Location: Seattle, Rm. 8106
**SUBJECT TO COURT APPROVAL:**
Hearing Date: March 8, 2024
Hearing Time: 9:30 a.m.
Response Date: March 6, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC

Debtor.

Case No.  23-10117-TWD

**NOTICE OF HEARING ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF TIGER VALUATION SERVICES, INC. AS PROFESSIONALS FOR TRUSTEE**

TO:          WIRELESS ADVOCATES, LLC, LLC, Debtor;
AND TO:     UNITED STATES TRUSTEE;
AND TO:     SPECIAL NOTICE LIST;
AND TO:     PARTIES ENTITLED TO NOTICE UNDER CASE MANAGEMENT ORDER

**SUBJECT TO ENTRY OF ORDER SHORTENING TIME**

PLEASE TAKE NOTICE that a hearing has been scheduled on **March 8, 2024 at 9:30 a.m. (PT)** before the Honorable Timothy W. Dore, United States Bankruptcy Judge, in Courtroom 8106, 700 Stewart Street, Seattle, WA, 98101 on the Application for Order Authorizing Employment of Tiger Valuation Services, Inc., as Professionals for the Trustee (the "Application").

By the Application, the Trustee respectfully requests the entry of an order granting the Trustee's application for order of employment of Tiger Valuation Services, Inc., as professionals for the Trustee to provide inventory appraisal services as may be requested by the Trustee.

PLEASE TAKE FURTHER NOTICE that copies of the Application and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 or (2) may be obtained by submitting a written request to Ms. Denise Lentz, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA  98104-1158, Email:  denise.lentz@klgates.com.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Motion, you must file your written objection NO LATER THAN **5:00 pm PT on Wednesday, March 6, 2024.**  Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to:

NOTICE OF HEARING ON APPLICATION
FOR ORDER AUTHORIZING
EMPLOYMENT OF TIGER VALUATION SERVICES, INC.
AS PROFESSIONALS FOR THE TRUSTEE - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Michael Gearin
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 90104

PLEASE TAKE FURTHER NOTICE that in accordance with Local Bankruptcy Rule 9013-1(d)(7), failure to timely file and serve an objection to the Application may be deemed by the Court an admission that any opposition to the Application is without merit.  Further, pursuant to Local Bankruptcy Rule 9013-1(e), failure to appear at the hearing on the Application may be deemed by the Court to be an admission that any opposition to the Application is without merit.  Further, pursuant to Local Bankruptcy Rule 9013-1(f), if no opposition to the Application is timely filed and served, the Court may either (a) grant the Application by default at the hearing, or (2) grant the Application prior to the hearing on the Trustee's ex parte presentation of a proposed order accompanied by proof of service and a declaration that no objection to the Application was timely received.

DATED this 1st day of March, 2024.

K&L GATES LLP

/s/ Michael J. Gearin
Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
        brian.peterson@klgates.com
        ruby.nagamine@klgates.com

*Attorneys for Virginia Burdette, Chapter 7 Trustee*

NOTICE OF HEARING ON APPLICATION
FOR ORDER AUTHORIZING
EMPLOYMENT OF TIGER VALUATION SERVICES, INC.
AS PROFESSIONALS FOR THE TRUSTEE - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on March 1, 2024, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 1st day of March, 2024 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

NOTICE OF HEARING ON APPLICATION
FOR ORDER AUTHORIZING
EMPLOYMENT OF TIGER VALUATION SERVICES, INC.
AS PROFESSIONALS FOR THE TRUSTEE - 3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022