UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC

    Debtor.

Case No. 23-10117-TWD

**ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME ON APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF TIGER VALUATION SERVICES, LLC AS APPRAISERS**

This matter came before the Court on the Trustee's *ex parte* motion to shorten time (the "Motion to Shorten Time") for a hearing on the Trustee's Application for Order Authorizing Employment of Tiger Valuation Services, LLC as Appraisers (the "Application").

The Court has reviewed the files and records herein and finds that cause exists for the requested relief.

NOW, THEREFORE, it is ORDERED that:

1. A hearing on the Application will be held on March 8, 2024, at 9:30 a.m.

2. Any responses to the Application shall be filed on or before March 6, 2024 at 5:00 p.m.;

ORDER GRANTING *EX PARTE* MOTION TO
SHORTEN TIME ON APPLICATION FOR
ORDER AUTHORIZING EMPLOYMENT OF
TIGER VALUATION SERVICES, LLC AS APPRAISERS - 1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 497    Filed 03/01/24    Ent. 03/01/24 11:44:13    Pg. 1 of 2

3. Any replies thereto shall be filed by 3:00 p.m. on March 7, 2024;

///END OF ORDER///

Presented by:
K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
       brian.peterson@klgates.com
       ruby.nagamine@klgates.com

*Attorneys for Virginia Burdette,
Chapter 7 Trustee*

ORDER GRANTING *EX PARTE* MOTION TO
SHORTEN TIME ON APPLICATION FOR
ORDER AUTHORIZING EMPLOYMENT OF
TIGER VALUATION SERVICES, LLC AS APPRAISERS - 2

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 497    Filed 03/01/24    Ent. 03/01/24 11:44:13    Pg. 2 of 2