**Below is the Order of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 23-10117-TWD |
|---|---|
| WIRELESS ADVOCATES, LLC | **ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REFRESH TECHNOLOGIES AS INFORMATION TECHNOLOGY CONSULTANT** |
| Debtor. | |

THIS MATTER came before the Court upon the Trustee's Application for Order Authorizing Employment of Refresh Technologies as Information Technology Consultant (the "Application"). The Court having reviewed the Application, the Declaration of Fae Shaffer ("Shaffer Declaration"), the pleadings and papers herein, and the Court having determined that the employment of Refresh Technologies ("Refresh Tech") by the Trustee is in the best interests of the estate, it is hereby ORDERED:

1.     The Application is granted as set forth herein;

ORDER GRANTING APPLICATION FOR
ORDER AUTHORIZING EMPLOYMENT OF REFRESH
TECHNOLOGIES AS IT CONSULTANTS - 1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2.     Trustee is authorized to employ Refresh Tech, effective as of the date of the Application, pursuant to 11 U.S.C. §§ 327(a) and 328(a) as professionals for the Trustee, on the terms and conditions of the Application and the proposed engagement agreement with the Trustee attached to the Shaffer Declaration as **Exhibit A**.

3.     The Trustee is authorized to pay Refresh Tech an initial flat fee of $8,000 (the "Initial Fee") for up to 40 hours of IT consulting services. Refresh Tech may provide additional services at a rate of $200 per hour for IT consulting services beyond 40 hours, provided that if Refresh Tech charges additional fees or expenses beyond the Initial Fee, it will file an application for approval of such fees and expenses in accordance with 11 U.S.C. § 330.

///END OF ORDER///

Presented by:
K&L GATES LLP

/s/ Ruby A. Nagamine
Michael J. Gearin, WSBA #20982
Brian T. Peterson, WSBA #42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
        brian.peterson@klgates.com
        ruby.nagamine@klgates.com

*Attorneys for Virginia Burdette,*
*Chapter 7 Trustee*

ORDER GRANTING APPLICATION FOR
ORDER AUTHORIZING EMPLOYMENT OF REFRESH
TECHNOLOGIES AS IT CONSULTANTS - 2

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD   Doc 542   Filed 04/11/24   Ent. 04/11/24 10:38:52   Pg. 2 of 2