Judge Timothy W. Dore
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

WIRELESS ADVOCATES LLC,

Debtor.

No. 23-10117

NOTICE OF WITHDRAWAL OF REPRESENTATION

TO: DEBTOR, COUNSEL FOR DEBTOR, and CLERK OF THE COURT:

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 2089-1(a) the undersigned attorney, Laurie M. Thornton, hereby withdraws as counsel to the United States Trustee in this case, and the United States Trustee's remaining counsel of record in this case, Kathryn F. Evans, is substituted in Ms. Thornton's place.

DATED May 22, 2024

Respectfully submitted,

Gregory M. Garvin
Acting United States Trustee for Region 18

/s/ *Kathryn F. Evans*
Kathryn F. Evans, Cal Bar #240149
Attorney for the United States Trustee

/s/ *Laurie M. Thornton*
Laurie M. Thornton, WSBA #35030

NOTICE OF SUBSTITUTE APPEARANCE
AND WITHDRAWAL OF REPRESENTATION
Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)