Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Timothy W. Dore
Chapter 7
Hearing Location: Seattle, Rm. 8106
Hearing Date: June 21, 2024
Hearing Time: 9:30 a.m.
Response Date: June 14, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC

Debtor.

Case No. 23-10117-TWD

**CHAPTER 7 TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR AUTHORITY TO ABANDON AND DESTROY RECORDS AND APPROVE PAYMENT OF DISPOSITION COSTS**

Virginia Burdette, Chapter 7 Trustee (the "Trustee") for Wireless Advocates, LLC (the "Debtor") respectfully asks that the Court issue an order that will alleviate the burden on the estate imposed by maintaining voluminous hardcopy records at the Access facility, while addressing the concerns raised in Car Toys, Inc.'s ("Car Toys") Response.

As Car Toys notes in its Response, the parties have resolved, via a CR2A stipulation, subject to court approval, disputes as to the Trustee's claims for breaches of fiduciary duties against Car Toys and the Debtor's former officers and directors (the "D&O Claims"), and the Trustee's counterclaim against Mr. Brettler in *Brettler v. Burdette*, Adv. No. 23-01037 (the "Counterclaim"). The only actions left on these matters are for the parties to finalize a formal written settlement agreement and obtain court approval. Car Toys readily admits that "[i]f the Court approves the forthcoming settlement agreement, then the Opposition will be moot regarding the D&O Claims and the Counterclaim as a basis to deny the Motion . . . ." Dkt. 602 at 2. In its Response, Car Toys also raises a secondary concern

CHAPTER 7 TRUSTEE REPLY ISO MOTION FOR
AUTHORITY TO ABANDON AND DESTROY
RECORDS - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 627    Filed 06/18/24    Ent. 06/18/24 20:34:46    Pg. 1 of 3

that it is "unable to take a position" about whether the Access records are potentially relevant to the WARN Act litigation and/or the Trustee's threatened preference action against Car Toys. *Id.* at 3.

The Trustee has already continued this Motion for several months to accommodate prior objections of Car Toys. The cost of records preservation exceeds $15,000 per month. The Trustee agrees to maintain the Access records until the court renders its decision on the settlement of the D&O Claims and the Counterclaim, but requests authority to dispose of the records immediately if the Court approves the settlement. The Trustee will make the Access records available for inspection by Car Toys for thirty (30) days from the hearing on this Motion, so Car Toys can examine and take custody of the records it deems relevant to any remaining litigation in satisfaction of any concerns of Car Toys regarding spoilation of relevant records.

Accordingly, the Trustee respectfully requests that the Court issue an order: (1) authorizing the Trustee to abandon and destroy the Access records within ten (10) days of approval of the D&O Claims and Counterclaim settlements; (2) authorizing the Trustee to pay for the costs of such destruction or disposition of the records; and (3) directing Car Toys, at its option, to inspect the Access records within thirty (30) days of the hearing on this Motion and take custody of such documents as it deems necessary in satisfaction of any obligations of the Trustee to preserve such records.

Dated this 18th day of June, 2024.

K&L GATES LLP

*/s/ Ruby A. Nagamine*
Michael J. Gearin, WSBA # 20982
Brian T. Peterson, WSBA # 42088
Ruby A. Nagamine, WSBA #55620
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
brian.peterson@klgates.com
ruby.nagamine@klgates.com

*Attorneys for Virginia Burdette, Chapter 7 Trustee*

CHAPTER 7 TRUSTEE REPLY ISO MOTION FOR AUTHORITY TO ABANDON AND DESTROY RECORDS - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 627    Filed 06/18/24    Ent. 06/18/24 20:34:46    Pg. 2 of 3

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a practice assistant in the law firm of K&L Gates LLP, and on June 18, 2024, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 18th day of June, 2024 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

CHAPTER 7 TRUSTEE REPLY ISO MOTION FOR
AUTHORITY TO ABANDON AND DESTROY
RECORDS - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-10117-TWD    Doc 627    Filed 06/18/24    Ent. 06/18/24 20:34:46    Pg. 3 of 3