UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>WIRELESS ADVOCATES, LLC<br><br>                Debtor. | Case No. 23-10117-TWD<br><br>**ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE TO APPROVE SETTLEMENT OF CISCO CAPITAL SYSTEMS CORPORATION'S REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE, RECLASSIFICATION OF SECURED CLAIM, AND LIQUIDATION OF EQUIPMENT** |

This matter came before the Court for hearing on the *Motion of Chapter 7 Trustee to Approve Settlement of Cisco Capital Systems Corporation's Request for Payment of an Administrative Expense, Reclassification of Secured Claim, and Liquidation of Equipment* (the "Motion") filed by Virginia Burdette, the Chapter 7 Trustee (the "Trustee"). The Court having jurisdiction to consider the Motion;

ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE
TO APPROVE SETTLEMENT - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

and having reviewed the Settlement Agreement attached to the Declaration of Virginia A. Burdette (the "Agreement"), and being satisfied based on the representations made in the Motion, the Burdette Declaration, and the arguments presented, if any, that the settlement subject of the Motion meets the criteria for approval, including as set forth in *In re A & C Properties*, 784 F.2d 1377 (9th Cir. 1986), and that the Agreement is in the best interest of the Estate and its creditors; and finding that the notice of the proposed compromise and settlement is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), and any other applicable notice requirement, it is hereby **ORDERED**:

1. The Motion is **GRANTED**. The settlement and compromise contained in the Agreement is approved in all respects, effective immediately upon entry of this Order.

2. The terms of the Agreement are approved and incorporated herein in its entirety. The Trustee is further authorized to take any action necessary to effectuate the terms of the Agreement, including but not limited to:

    a. Payment of Cisco's administrative expense in the amount of $6,822.25 within ten (10) days of entry of this Order.

    b. Liquidation of the networking equipment and payment of Cisco's share of net proceeds of the equipment liquidation within ten (10) days of receipt of net proceeds.

3. The Court reserves jurisdiction regarding the interpretation, effectuation, and enforcement of the terms of the Agreement and this Order.

4. The Trustee is authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

/// END OF ORDER ////

ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE
TO APPROVE SETTLEMENT - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Case 23-10117-TWD    Doc 742    Filed 12/02/24    Ent. 12/02/24 09:31:03    Pg. 2 of 3

Presented By:

K&L GATES LLP

By: */s/ Tyler K. Lichter*
Michael J. Gearin, WSBA #20982
Tyler K. Lichter, WSBA #51090
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
 tyler.lichter@klgates.com

*Attorneys for Virginia Burdette, Chapter 7 Trustee*

ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE TO APPROVE SETTLEMENT - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022