1
2
3
4
5
6
7
8
9
10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11
12

| In re: | Case No. 23-10117-TWD |
| | |

13

WIRELESS ADVOCATES, LLC

**ORDER GRANTING MOTION OF**
**CHAPTER 7 TRUSTEE FOR ORDER**
**APPROVING SETTLEMENT WITH**
**TRIPLE R SELLER, INC.**

14

Debtor.

15
16
17
18
19

This matter came before the Court for hearing on the *Motion of Chapter 7 Trustee for Order*

20

*Approving Settlement with Triple R Seller, Inc.* (the "Motion") filed by Virginia Burdette, the

21

Chapter 7 Trustee (the "Trustee"). The Court having jurisdiction to consider the Motion; and having

22

reviewed the Settlement Agreement attached to the Declaration of Virginia A. Burdette (the

23

"Settlement Agreement"), and being satisfied based on the representations made in the Motion, the

24

Burdette Declaration, and the arguments presented, if any, that the settlement subject of the Motion

25

meets the criteria for approval, including as set forth in *In re A & C Properties*, 784 F.2d 1377 (9th

26

ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE
TO APPROVE SETTLEMENT - 1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

Cir. 1986), and that the Settlement Agreement is in the best interest of the Estate and its creditors; and finding that the notice of the proposed compromise and settlement is sufficient to comply with applicable law, it is hereby **ORDERED**:

1. The Motion is **GRANTED**. The settlement and compromise contained in the Settlement Agreement is approved in all respects, effective immediately upon entry of this Order.

2. The terms of the Settlement Agreement are approved and incorporated herein in its entirety.

3. Triple R Seller, Inc. shall have an allowed general unsecured claim in the amount of $10,000,000 in full resolution of Claim No. 27 filed by Tylt, Inc. Within thirty (30) days of the entry of this Order, Triple R Seller, Inc. shall file a proof of claim in the amount of $10,000,000 evidencing the terms of the Settlement Agreement and this Order. Such proof of claim shall be deemed timely filed. Triple R Seller Inc. shall cause the existing Claim No. 27 to be withdrawn and the new claim filed by Triple R Seller, Inc. shall be the only allowed claim of Tylt, Inc. and Triple R Seller, Inc. in this Bankruptcy Case.

4. The estate's claims against Tylt, LLC f/k/a Tylt, Inc. and Triple R Seller, Inc. are fully and finally resolved and released.

5. The Court reserves jurisdiction regarding the interpretation, effectuation, and enforcement of the terms of the Settlement Agreement and this Order.

6. The Trustee is authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

/// END OF ORDER ////

ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE
TO APPROVE SETTLEMENT - 2

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

Presented By:


K&L GATES LLP

By: */s/ Brian T. Peterson*
Michael J. Gearin, WSBA #20982
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
        brian.peterson@klgates.com

*Attorneys for Virginia Burdette, Chapter 7 Trustee*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE
TO APPROVE SETTLEMENT - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022