UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

WIRELESS ADVOCATES, LLC,

Debtor.

**Case No.23-10117-TWD**

**CERTIFICATE OF SERVICE**

I, Jerod J. McMillen, depose and say that I am employed by Stretto, the noticing agent for the Debtor in the above-captioned case.

On January 23, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of Hearing on Motion of Chapter 7 Trustee for Order Approving Settlement With Triple R Seller, Inc.** (Docket No. 780)

Dated: January 27, 2025

*/s/ Jerod J. McMillen*
Jerod J. McMillen
410 Exchange, Ste 100
Irvine, CA 92602
TeamWirelessAdvocates@Stretto.com

EXHIBIT A



| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Apple Inc | | PO Box 846095 | | Dallas | TX | 75284-6095 |
| Beacon Hill Staffing Group LLC | | PO Box 846193 | | Boston | MA | 02284 |
| Birasoft Inc | | 399 Thornall St | | Edison | NJ | 08837 |
| Brettler, Daniel E. | | 4124 55th Ave NE | | Seattle | WA | 98105-4946 |
| Brightpoint North America LP | | Brightpoint Lockbox | PO Box 775869 | Chicago | IL | 60677-5869 |
| Case-Mate Inc | | 7000 Central Parkway, #100 | | Atlanta | GA | 30328 |
| Cellco Partnership d/b/a Verizon Wireless | c/o DBS Law | Attn: Dominique Scalia, Claire L. Rootjes & Daniel J. Bugbee | 155 NE 100th St, Ste 205 | Seattle | WA | 98125 |
| Cisco Systems Capital Corp | Gaye N. Heck | PO Box 742927 | | Los Angeles | CA | 90074-2927 |
| Costco Wholesale Corporation | c/o Bush Kornfeld LLP | Attn: Aimee S. Willig & Armand J. Kornfeld | 601 Union St, #5000 | Seattle | WA | 98101-2373 |
| Costco Wholesale Inc | Attn: Andy Loveless | 999 Lake Drive | | Issaquah | WA | 98027-5367 |
| Hypercel Corp | | 28385 Constellation Rd | | Valencia | CA | 91355-5048 |
| Ingram | | Brightpoint Lockbox | PO Box 775869 | Chicago | IL | 60677-5869 |
| Ingram Micro Inc | c/o Kroger, Gardis & Regas, LLC | Attn: Harley K. Means | 111 Monument Circle, Suite 900 | Indianapolis | IN | 46204-5106 |
| Ingram Micro Inc. | c/o Ryan, Swanson & Cleveland, PLLC | 401 Union St Ste 1500 | Attn: Joe Sakay & Alexandra K. Yerigan Funk | Seattle | WA | 98101-2645 |
| Ingram Micro Inc. | c/o Ryan, Swanson & Cleveland, PLLC | Attn: Joe Sakay & Alexandra K. Yerigan Funk | 1201 Third Avenue, Suite 3400 | Seattle | WA | 98101-3034 |
| IQmetrix USA Inc | | Dept CH 16677 | | Palatine | IL | 60055-6677 |
| Jason Karroll, et al, WARN Act Claimants | c/o Symmes Law Group, PLLC | Attn: Richard J. Symmes | 1818 Westlake Ave N, Suite 202 | Seattle | WA | 98109 |
| Marsh USA Inc | | 1301 5th Ave, # 1900 | | Seattle | WA | 98101 |
| Microsoft Corp | | 1950 N Stemmons Fwy | Ste 5010 LB 842467 | Dallas | TX | 75207 |
| Petitioning Creditors | Attn: Edward J. Wynne | 80 E Sir Francis Drake Blvd | Suite 3G | Larkspur | CA | 94939-1709 |
| Presidio Networked | | Solutions Grp LLC | PO Box 677638 | Dallas | TX | 75267-7638 |
| QBSI - XEROX | | PO Box 936793 | | Atlanta | GA | 31193-6793 |
| Stuart Lee and Associates Inc | | 908 Delta Ave | Apt 20 | Marysville | WA | 98270-4253 |
| Stuart Lee and Associates Inc | | 908 Delta Ave | Apt 20 | Marysville | WA | 98270-4253 |
| SXS Mobility LLC | | 136 1st Street | | Nanuet | NY | 10954-3018 |
| Synchronoss Technologies | | 200 Crossing Blvd | | Bridgewater | NJ | 08807-2861 |
| TALENTWISE INC | | PO Box 102255 | | Pasadena | CA | 91189-0111 |
| The Stapleton Group | c/o Arete Law Group PLLC | Attn: Jeremy E. Roller, Jonah O. Harrison & Denise L. Ashbaugh | 1218 Third Avenue, Suite 2100 | Seattle | WA | 98101 |
| The Stapleton Group | c/o Snell & Wilmer L.L.P. | 750 W Alluvial Ave | Apt 1010 | Clovis | CA | 93611-4418 |
| The Stapleton Group | c/o Snell & Wilmer L.L.P. | Attn: Bradley R. Duncan, Josh A. Rataezyk, Amit D. | 600 University St, Ste 310 | Seattle | WA | 98101-4196 |
| T-Mobile | | PO Box 94503 | | Seattle | WA | 98124-6803 |
| T-Mobile USA, Inc. | c/o Cairncross & Hempelmann | Attn: Jennifer K. Faubion, John R. Rizzardi & Aditi Paranjpye | 524 Second Avenue, Ste 500 | Seattle | WA | 98104-2323 |
| Tylt, Inc. | c/o Harrigan Leyh Farmer & Thomsen LLP | Attn: Tyler L. Farmer & Randall T. Thomsen | 999 Third Ave Suite 4400 | Seattle | WA | 98104-4022 |
| Tylt, Inc. | c/o Lane Powell PC | Attn: James B. Zack, Esq. & Gregory R. Fox, Esq. | 1420 Fifth Avenue, Suite 4200 | Seattle | WA | 98101 |
| UKG Inc. | c/o Stuart P. Kastner, PLLC | Attn: Stuart Kastner | 2400 NW 80th St, #520 | Seattle | WA | 98117-4449 |
| United States Trustee for Region 18 | Attn: Kathryn F. Evans | 700 Stewart St, Ste 5103 | | Seattle | WA | 98101-1271 |
| Verizon | | PO Box 64498 | | Baltimore | MD | 21264-4498 |
| Virginia A Burdette | Virginia Andrews Burdette, Trustee | PO Box 16600 | | Seattle | WA | 98116-0600 |
| Wireless Advocates LLC | | PO Box 16600 | | Seattle | WA | 98116-0600 |

In re: WirelessAdvocates, LLC
Case No. 23-10117 (TWD)