UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>WIRELESS ADVOCATES, LLC<br><br>                Debtor. | Case No. 23-10117-TWD<br><br>**ORDER GRANTING *EX PARTE* MOTION TO ENLARGE PAGE LIMIT ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT RESOLVING WARN ACT ADVERSARY PROCEEDING** |

This matter came before the Court on the Trustee's *Ex Parte* Motion to Enlarge Page Limit on Joint Motion for Preliminary Approval of Class Action Settlement Resolving WARN Act Adversary Proceeding (the "Motion to Enlarge Page Limit").

The Court has reviewed the files and records herein and finds that cause exists for the requested relief.

NOW, THEREFORE, it is ORDERED that:

1. The Trustee and Plaintiffs are granted leave from Local Bankruptcy Rule 9013-1(d)(1)(C) with respect to the Joint Motion for Preliminary Approval of Class Action Settlement

ORDER GRANTING *EX PARTE* MOTION TO ENLARGE
PAGE LIMIT ON JOINT MOTION - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Resolving WARN Act Adversary Proceeding.

2. The Joint Motion for Preliminary Approval of Class Action Settlement Resolving WARN Act Adversary Proceeding may be up to twenty-four (24) pages in length and any responses thereto may be up to twelve (12) pages in length.

///END OF ORDER///

Presented by:

K&L GATES LLP

By: */s/ Brian T. Peterson*
Michael J. Gearin, WSBA #20982
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
brian.peterson@klgates.com

*Attorneys for Virginia Burdette, Chapter 7 Trustee*

ORDER GRANTING *EX PARTE* MOTION TO ENLARGE
PAGE LIMIT ON JOINT MOTION - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Case 23-10117-TWD    Doc 811-1    Filed 04/18/25    Ent. 04/18/25 13:04:08    Pg. 2 of 2