|   |   |
|---|---|
| Michael J. Gearin, WSBA #20982<br>Benjamin C. Woodruff, WSBA #56618<br>Tyler K. Lichter, WSBA #51090<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104-1158<br>(206) 623-7580 | Honorable Timothy W. Dore<br>Chapter 7<br>Hearing Location: Seattle, Rm. 8106<br>Hearing Date: September 5, 2025<br>Hearing Time: 9:30 a.m.<br>Response Date: August 29, 2025 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>WIRELESS ADVOCATES, LLC<br><br>Debtor. | Case No. 23-10117-TWD<br><br>**NOTICE OF OBJECTION TO CLAIM** |

TO:   Betty Rodriguez Gonzalez
      25 J10 Urb Jardines de Country Club
      Carolina, PR 00983

PLEASE TAKE NOTICE that Virginia Burdette, Chapter 7 Trustee for the bankruptcy estate of Wireless Advocates LLC, has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before August 8, 2025, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at:

   Clerk of the United States Bankruptcy Court
   700 Stewart Street, Room 6301
   Seattle, Washington 98101

You must also send a copy to:

   Michael J. Gearin
   Benjamin C. Woodruff

NOTICE OF OBJECTION TO CLAIM - 1

1600870563.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Email: michael.gearin@klgates.com
ben.woodruff@klgates.com

Attend the hearing on the objection, scheduled to be held on **September 5, 2025, at 9:30 a.m. (PT)** before the Honorable Timothy W. Dore, United States Bankruptcy Judge, in Courtroom 8106, 700 Stewart Street, Seattle, WA, 98101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated this 4th day of August, 2025.

K&L GATES LLP

/s/ Ben Woodruff
Michael J. Gearin, WSBA #20982
Benjamin C. Woodruff, WSBA #56618
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
ben.woodruff@klgates.com

*Attorneys for Virginia Burdette, Chapter 7 Trustee*

NOTICE OF OBJECTION TO CLAIM - 2

1600870563.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Case 23-10117-TWD    Doc 911    Filed 08/04/25    Ent. 08/04/25 15:35:38    Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal for the law firm of K&L Gates LLP, and on August 4, 2025, she caused the foregoing document to be mailed to the address identified below by first-class mail and filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Betty Rodriguez Gonzalez
25 J 10 urb Jardines de Country Club
Carolina PR, 00983
angelskimy@live.com

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 4th day of August, 2025 at Seattle, Washington.

*/s/ Anne Marie Landis*
Anne Marie Landis

NOTICE OF OBJECTION TO CLAIM - 3

1600870563.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Case 23-10117-TWD    Doc 911    Filed 08/04/25    Ent. 08/04/25 15:35:38    Pg. 3 of 3