The Honorable Timothy W. Dore
Chapter 7
Hearing Date: September 11, 2026
Hearing Time: 9:30 a.m.
Place: Seattle
Response Due: September 4, 2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>WIRELESS ADVOCATES, LLC<br><br>Debtor. | No. 23-10117<br><br>TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT WITH RR DONNELLEY & SONS COMPANY AND FOR PAYMENT OF CONTINGENCY FEE TO SPECIAL COUNSEL |

COMES NOW the Trustee, Virginia A. Burdette, and requests this Court enter an Order Approving Settlement with RR Donnelley & Sons Company and for Payment of Contingency Fee to Special Counsel ("the Motion"). This Motion is based upon the following representations:

1. The Debtor's involuntary Chapter 7 Petition was filed on January 23, 2023. Shortly thereafter, I was appointed as Chapter 7 Trustee. I am the duly qualified and acting Trustee in this case.

2. On February 24, 2025, an Adversary Case No. 25-01020, was brought against RR Donnelley & Sons Company ("RR Donnelley"), to Avoid and Recover Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. §§547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. §502(d).

3. On February 13, 2026, a Default Judgment against RR Donnelley, in the principle amount of $45,031.20 (the "Judgment"), was awarded to Plaintiff, Virginia Burdette, Chapter 7 Trustee for the Bankruptcy Estate of Wireless Advocates, LLC (the "Trustee"), allowing Trustee to recover the transfer, or its value from RR Donnelley pursuant to 11 U.S.C. §550.



Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

4. An Order authorizing employment of Special Counsel, Jacob Rosenblum and Schweet Linde & Rosenblum PLLC ("Special Counsel") was entered on June 4, 2026 [ECF Docket No. 1076] (the "Employment Order") to assist Trustee in pursuit of collection of judgments on behalf of the bankruptcy Estate. The Employment Order approved the engagement of Special Counsel to the Trustee on the terms and conditions of the engagement letter (the "Engagement Letter") filed in support of the Employment Application. *See* Declaration of Jacob Rosenblum in Support of Employment Order [ECF Docket. No. 1073].

5. The Engagement Letter provides, in pertinent part, that Special Counsel shall be compensated as follows:

a. Forty percent (40.00%) of Client's total recovery, and

b. Normal costs and expenses in representation of Client.

6. The Trustee has received and accepted an offer to settle the Judgement in the amount of $40,000.

7. If the Settlement is approved by this Court, Special Counsel is entitled to receive $16,000 (or 40.00% from the $40,000 Settlement Payment) for its contingency fee. Additionally, Special Counsel is entitled to unpaid expenses to date of $314, related to the collection of the Judgment, for a total of $16,314. An itemization of the Expenses sought for disbursement by the Trustee is attached to the Declaration of Jacob Rosenblum in support of Trustee's Motion as Exhibit A, filed herewith.

8. The party proposing the settlement has the burden of persuading the Bankruptcy Court that the compromise is fair and equitable and should be approved. In determining the fairness, reasonableness and adequacy of a proposed settlement agreement, the court must consider: (a) the probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises. *In re A & C Properties*, 784 F.2d at 1381. The Estate already obtained a Judgement in the amount of $45,031.20, but was unable to collect the obligation. Defenses to collection



Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

have been raised by Defendant's counsel which might bear on the Trustee's ability to collect the obligation. The Trustee believes the payment by Defendant of $40,000 without further cost or delay is a benefit to the Estate. Further litigation would likely result in considerable delay.

9. The Trustee believes the proposed settlement is fair and reasonable and is in the best interest of the Estate and its creditors and should be approved by the Court.

10. Pending approval of this Motion, the Trustee further seeks the Court's authorization to enter into, execute, and deliver any and all documents or instruments necessary to effectuate the settlement.

WHEREFORE, the Trustee prays that the court enter an Order approving the above-described settlement with RR Donnelley & Sons Company and for payment of contingency fee and expenses to Special Counsel.

DATED this 18th day of August, 2026.

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee



Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203